United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  WILLIAM J. WHITSITT,                        No. C 08-01802 JSW

10          Plaintiff,

11    v.                                        **ORDER SETTING CASE
                                                MANAGEMENT CONFERENCE AND
12  SGT. GEORGE LYTLE,                          REQUIRING JOINT CASE
                                                MANAGEMENT CONFERENCE
13          Defendant.                          STATEMENT**
   _____/

14

15          TO ALL PARTIES AND COUNSEL OF RECORD:

16          The above matter having been assigned to the Honorable Jeffrey S. White, it is hereby

17  ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

18  Conference shall be held in this case on July 25, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor,

19  Federal Building, 450 Golden Gate Avenue, San Francisco, California.

20          Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

21  any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

22  plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

23  with Civil L. R. 5-6(a).

24          The parties shall appear in person through lead counsel to discuss all items referred to in this

25  Order and with authority to enter stipulations, to make admissions and to agree to further scheduling

26  dates.

27          The parties shall file a joint case management statement no later than **five (5) court days**

28  prior to the conference.  The joint case management statement shall address all of the topics set forth

in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: April 8, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

        Plaintiff,

  v.

SGT. GEORGE LYTLE et al,

        Defendant.

_____/

Case Number: CV08-01802 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: April 8, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California