**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | |
| Plaintiff, | No. C 08-01802 JSW |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| SGT. GEORGE LYTLE, et al. | |
| Defendants. | |

The Court having received Plaintiff William J. Whitsitt's application to proceed *in forma pauperis,* and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, and this Order upon the Defendant in conformity with Federal Rule of Civil Procedure 4(i).

**IT IS SO ORDERED.**

Dated: April 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

SGT. GEORGE LYTLE et al,

    Defendant.

Case Number: CV08-01802 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: April 17, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk