April 21, 2008

**William J. Whitsitt**
**335 W. Clover Road**
**Tracy, CA 95376**

Subject: **Whitsitt v. Sgt. George Lytle, et al.,**

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *[signature]*

    by: Hilary D. Jackson
    Case Systems Administrator

(1) Name _____   Address _____
                                                                                                 _____
                                                                                                 _____

(1) Name _____   Address _____
                                                                                                 _____
                                                                                                 _____

NDC CSA-17 REV. 3/89