C08 01802 JSW

# DEFENDANTS CONTACT INFORMATION

**DUBLIN POLICE SERVICES**
100 Civic Plaza
Dublin, CA   94568
(925) 833-6670
Fax (925) 828-2893



**CENTRAL TOWING AND TRANSPORT**   Tow Agency
**FREMONT - Main Office**
36849 San Pedro Drive
Fremont, CA 94536
(510) 797 - 5660

**Alameda County Sheriff's Office**     Attn:   Kelly Martinez - Civil
Litigation
**Internal Affairs Section**
1401 Lakeside Drive, 7th Floor
Oakland, California, 94612