```
WILLIAM  J.  WHITSITT
335  W.  CLOVER  ROAD
TRACY,  CA  95376
(209) 221-1405
WHITSITTW@GMAIL.COM

IN  PROPRIA  PERSONA
```

FILED
08 APR 25 PM 1:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

WILLIAM  J.  WHITSITT
(PLAINTIFF)

----------------VS--------------

Sgt.  George Lytle Badge # 761

Central Towing & Transport -TOWING STORAGE CO.

COUNTY OF ALAMEDA

City of Dublin Police Services

TOW OPERATOR - CENTRAL TOWING & TRANSPORTING.

10 UNNAMED DEFENDANTS
(DEFENDANTS)

Case No: C08 01802 JSW

**IMMEDIATE ORDER FOR RELEASE OF VEHICLE FREE OF CHARGE OF TOWING AND STORAGE FEES OR ALTERNATIVE REMEDY ORDER RELEASING VEHICLE UNTIL MATTER OF VEHICLE IS DECIDED**

(I)

I William J. Whitsitt, do hereby Come to this Court who Has Suit and Jurisdiction to Hear Determine all Facts of this Case. I come to this Court to Regain Possession of my Private Property (Private Vehicle) 1971 Dodge Power Wagon. See: (Attachment-A). I Move the Court to Grant Order for the Release of Vehicle which was Seized Unlawfully in Violation of Due Process and Seizure Warrant of Fourth Amendment. I MOVE THE COURT TO GRANT

SECTION 1983 COMPLAINT - GEORGE LYTLE AND CITY

IMMEDIATE RELEASE BEFORE MY VEHICLE IS SOLD FOR LIEN SALE FOR TOWING AND STORAGE FEES. I Remind this Court that I am Unemployed and I cannot Afford to Pay the Towing and Storage Fees of over $1500.00. I tried to Recover my Vehicle the day after it was Towed, I was as the Dublin Police Department with a Friend prepared to pay the $150.00 Tow and Storage Fees for one day. The Dublin Police Department Denied my my Inalienable Constitutional and Civil Right to Take back and Recover my Vehicle (Private Property). "...that the *Fourth Amendment applies to searches and seizures in the civil context*, See: Camara v. Municipal Court of San Francisco, 387 U.S. 523 (1967) In: UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY, 510 U.S. 43, Id, at 50 (1993). The Inalienable Right to take back Possession of my Property (Vehicle) is a Fourth and Fourteenth Amendment Right. Motor vehicles, in contrast, present no such threat and maintain their usefulness. Cf. Austin v. United States, 509 U.S. 602, 621 (1993) ("`There is nothing even remotely criminal in possessing an automobile.'") (quoting One 1958 Plymouth Sedan v. Pennsylvania, 380 U.S. 693 (1965)). Thus, I am Constitutionally Entitled to the Free Return of my Vehicle (Private Property), free of all Towing, Administrative and Storage Fees. I Move the Court to Grant this Immediate Order for Release of my Vehicle to avoid Lien Sale by Named Defendant: Central Towing and Transporting.

### (II)

Court Order, Releasing of Private Property, Free of all Towing, Administrative and Storage Fees is Proper and Lawful. I Move the Court to Grant this Court Order Releasing my Vehicle without Fees because of pending Forfeiture of that Vehicle in Violation of Forfeiture Hearing and other Due Process Requirements.

> Motor vehicles, in contrast, present no such threat and maintain their usefulness. Cf. Austin v. United States, 509 U.S. 602, 621 (1993) ("`There is nothing even remotely criminal in possessing an automobile.'") (quoting One 1958 Plymouth Sedan v. Pennsylvania, 380 U.S. 693 (1965)). In James Daniel Good Real Property, for example, the Supreme Court found that enforcement of the drug forfeiture laws did not present "a plausible claim of urgency" strong enough to dispense with normal due process guarantees. James Daniel Good Real Prop., 510 U.S. at 61.

1  I ask the Court to Grant me my Vehicle's Possession Back.

## (III)

It cannot be said that the Continued Seizing (Holding) of my Vehicle (Private Property) must be maintained because of Immediate danger to the Public. Or it must be Held because it is Direct Evidence of Criminal Activity. Even if this where the case My Vehicle would Be Ordered Returned Immediately. See: **James Daniel Good Real Prop.**, 510 U.S. at 61. I thus, Move the Court to Grant Immediate Court Order, Ordering Return of my Vehicle without Cost.

If the Defendants believe that they are entitled to Towing and Some Storage Fees then the Court will have Jurisdiction over the Proceedings to Order those Fees to be paid after the Trial has Ended. I am Not a Threat to Run and Flee from Justice or a Flight Risk. They the Named Defendant Central Towing and Transporting can Hold a Lien for a small acceptable Court Ordered Sum of Money, like $200.00.

**Mathews, 424 U.S. at 335. The particular deprivation with which we are concerned here is the City's post-seizure, pre-judgment retention of plaintiffs' vehicles. Krimstock, 2000 WL 1702035, at 36-37.**

I will Not Owe any more than $200.00 if any at all. This Holding of Signed Lien of small limited sum of Money, if it is Ordered by this Court, should satisfy any Doubts by Named Towing Agency.

## (CONCLUSION)

In Conclusion I want my Property (Vehicle) Returned to me Immediately. I Move the Court to Grant me My Constitutional and Civil Right to have possession of my Vehicle (Private Property). I am the Full and Absolute Owner and I Claim the Right to Possessor of my Property (Vehicle). I Move the Court to Grant me back Possession of my Vehicle (Property). See: **Mathews, 424 U.S. at 335.**

I thus, Move the Court to Draft an Order for the Immediate Return of my Vehicle Free

1  of Towing, Administrative and Storage Fees.

4  I WILLIAM J. WHITSITT, _[signature]_, THIS THE 23rd DAY OF APRIL DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

                      RESPECTFULLY SUBMITTED

                      _[signature]_
                      WILLIAM J. WHITSITT
                      DATED: April 23, 2008

# NOTICE OF STORED VEHICLE (22852 VC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| | | | | |
|---|---|---|---|---|
| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY ☐ | FILE NO. |
| LOCATION TOWED / STOLEN FROM | | ODOMETER READING | VIN CLEAR IN SVS? ☐ YES ☐ NO / LIC. CLEAR IN SVS? ☒ YES ☐ NO | DATE / TIME DISPATCH NOTIFIED / LOG NO |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☐ ONE ☒ TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CA |

VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☒ OFFICER ☐ OWNER — ☐ 0-300 ☐ 301-4000 ☐ 4001 + ☒ $

REGISTERED OWNER | ☒ SAME AS R/O | LEGAL OWNER

APR 0 3 2008

☒ STORED ☐ IMPOUNDED RELEASED ☐ RECOVERED - VEHICLE / COMPONENT

TOWING / STORAGE CONCERN *(NAME, ADDRESS, PHONE)* | STORAGE AUTHORITY / REASON

TOWED TO / STORED AT | AIRBAG? ☐ YES ☒ NO ☐ 1 ☐ 2 | DRIVEABLE? ☒ YES ☐ NO ☐ JUNK ☐ UNK | VIN SWITCHED? ☐ YES ☒ NO

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | X | SEAT (FRONT) | X | | REGISTRATION | X | | CAMPER | | X | LEFT FRONT | |
| BURNED HULK per 431(c) VC | | X | SEAT (REAR) | | X | ALT. / GENERATOR | X | | VESSEL AS LOAD | | X | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | X | BATTERY | X | | FIREARMS | X | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | | X | DIFFERENTIAL | X | | OTHER | | X | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | X | TRANSMISSION | X | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | X | AUTOMATIC | | X | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) VC | | | IGNITION KEY | | | MANUAL | X | | | | | SPECIAL WHEELS | |

RECEIVED APR 0 3 2008

RELEASE VEHICLE TO: ☐ R/O OR AGENT ☐ AGENCY HOLD | 22850.3 VC | GARAGE PRINCIPAL / AGENT STORING VEHICLE *(SIGNATURE)* | DATE / TIME

NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. | DATE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION

**SEE REVERSE FOR INFORMATION**