```
1   WILLIAM J. WHITSITT
    335 W. CLOVER ROAD                  ORIG[...]
2   TRACY, CA 95376
3   (209) 221-1405
    WHITSITTW@GMAIL.COM
4
    IN PROPRIA PERSONA
5
```

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT <br> (PLAINTIFF) <br><br> ----------------VS-------------- <br><br> Sgt. George Lytle Badge # 761 <br><br> Central Towing & Transport -TOWING STORAGE CO. <br><br> COUNTY OF ALAMEDA <br><br> City of Dublin Police Services <br><br> TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. <br><br> 10 UNNAMED DEFENDANTS <br> (DEFENDANTS) | Case No: **C08-01802 JSW** <br><br> **RELEASE OF VEHICLE** <br> **EXHIBIT -1A** <br><br> **LETTER FROM CITY DUBLIN POLICE SERVICES HOLDING SEIZING VEHICLE FOR (30) DAYS GEORGE LYTLE # 761** |

   I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER.

   RESPECTFULLY SUBMITTED

   _[signature]_
   WILLIAM J. WHITSITT
   DATED: May 22, 2008

---

**RETURN OF PROPERTY WITHOUT TOW, STORAGE AND ADMINISTRATIVE OR OTHER FEES**    *Page 1 of 1*

**Alameda County Sheriff's Office**

Dublin Police Services
100 Civic Plaza Drive, Dublin, CA 94568-2658

**Gregory J. Ahern, Sheriff**

Coroner - Public Administrator - Marshal
Director of Emergency Services

March 27, 2008

William J. Whitsitt:
335 W. Clover Road
Tracy, CA. 95376   Re: **Vehicle Storage Hearing, Dublin Police Report #D08-0990**

Dear Mr. Whitsitt

On March 24, 2008, you came to Dublin Police Services building and requested the release of your vehicle, which was towed on March 23, 2008. At that time I explained to you the vehicle was towed pursuant to 14602.6 of the California Vehicle Code (Vehicle impoundment: Suspended, Revoked, or Unlicensed Driver). I further explained that pursuant to the California Vehicle Code a 30 day hold had been placed on your vehicle.

On March 25, and March 26, 2008 you faxed and sent me a notice of demand for a "tow hearing." On March 27, 2008, I spoke to you on the telephone and during the conversation you claimed you were not properly notified why your vehicle was towed or the name of the tow company who had possession of your vehicle. I explained to you that you were advised of the reason why your vehicle was towed and I transferred you to the records unit, who informed you where your vehicle was being stored.

I further informed you that a Vehicle Storage Hearing would be scheduled and a copy of your complaint would be forwarded to the Alameda County Sheriff's Office Litigation Unit.

Pursuant to your request, a Vehicle Storage Hearing has been scheduled for Tuesday, April 01, 2008 at 2PM. The hearing will be held at the Dublin Police Services Building located at 100 Civic Plaza, in the City Of Dublin.

On 03/27/08, I personally spoke to you on the telephone informing you of the scheduled hearing.

Sincerely,

G.C. Lytle #761
Sergeant
Dublin Police Services

GCL:gcl

Cc: Stephen Roderick, Assistant Sheriff
    Kelly Martinez, Sergeant
    Litigation Unit

1 | WILLIAM J. WHITSITT
2 | 335 W. CLOVER ROAD
  | TRACY, CA 95376
3 | (209) 221-1405
4 | WHITSITTW@GMAIL.COM
5 | IN PROPRIA PERSONA

FILED
08 MAY 22 PM 1:16
[illegible stamp]

8 | IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT (PLAINTIFF) | Case No: **C08-01802 JSW** |
| ---------------VS-------------- | |
| Sgt. George Lytle Badge # 761 | **RELEASE OF VEHICLE** |
| Central Towing & Transport -TOWING STORAGE CO. | **EXHIBIT -1B** |
| COUNTY OF ALAMEDA | **NOTICE OF STORED VEHICLE AMNESTY OFFER FROM CENTRAL TOWING AND TRANSPORTING** |
| City of Dublin Police Services | |
| TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. | |
| 10 UNNAMED DEFENDANTS (DEFENDANTS) | |

I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER.

RESPECTFULLY SUBMITTED

*/s/ William J. Whitsitt*
WILLIAM J. WHITSITT
DATED: May 22, 2008

Ref: 212615

# NOTICE OF STORED VEHICLE / AMNESTY OFFER
### Aviso del Vehículo Almacenado / Oferta de la Amnistía

Exhibit B
1B

**Possessory Lienholder** (Lienholder de Possessory)
**CENTRAL TOWING**
**PO BOX 7387**
**FREMONT, CA 94537-7387**

**Telephone Number** (Número de Teléfono)
**(925) 734-3400**

**Registered Owner or Transferee** (Dueño o Transferido Registrado)
WHITSITT WILLIAM J
335 W CLOVER RD
TRACY, CA 95376


RECEIVED APR 0 3 2008

| Control Number (Numero de Control) | Date of Possession (Fecha de la Posesion) | Notice Date (Fecha del Aviso) |
|---|---|---|
| 2008-24562 | 03/23/08 | 04/01/08 |

**Fees charged to vehicle** (Honorarios Cargados al Vehículo)
Towing (Remolque)............................................$  160.00
Storage at the rate of (El Indice por del Dia)........$   55.00  Per Day
Lien Processing (Proceso del Embargo Preventivo).....$   70.00

| Vehicle Description (Descripción del Vehículo) | STATE (Estado) | LICENSE NUMBER (Número de la Licencia) | VEHICLE IDENTIFICATION NO. (Número de Identificación del Vehículo) | |
|---|---|---|---|---|
| | CA | 96291H | E14AE1S320736 | |
| | YEAR (Año) | MAKE (Hace) | MODEL (Modelo) | STYLE (Estilo) |
| | 1971 | DODGE | RAMCHARGER | PICKUP |

## ATTENTION REGISTERED OWNER: YOUR CREDIT FILE MAY BE AFFECTED

California Civil Code Section 3068.2 states that you are liable to us for the total charges and fees, (towing, storage and lien processing), less the amount we receive from the sale of this vehicle.

It is important that you reclaim your vehicle as soon as possible since storage charges are accumulating daily. If you do not reclaim your vehicle prior to our lien sale, you may be liable to us for up to 60 days storage cost, plus fees shown above for a total of $3530.00, less the amount we receive from the sale of this vehicle. We will refer our deficiency claim to a collection agency if you do not act soon.

### IF YOU ARE NOT GOING TO RECLAIM YOUR VEHICLE, YOU CAN PARTICIPATE IN OUR AMNESTY PROGRAM**

If you pay us $ 780.00, (towing fees plus ten days storage plus lien processing), within ten days of the Notice Date stated above, we will waive our deficiency claim. If you accept our offer, sign the statement below and bring it, along with any title or other paperwork you have for this vehicle, to our office address shown above along with the Amnesty amount you are paying. If you fail to act within ten days of the Notice Date, you will no longer be eligible for this Amnesty offer. Save your credit standing and act now. **DO NOT MAIL YOUR AMNESTY PAYMENT TO THE DMV.**

Do nothing and face a collection agency for our deficiency claim. You will owe us for the total charges, (including: towing, lien processing costs, and up to 60 days storage cost), less the amount we receive from the sale of this vehicle.

**Offer not valid for accident or stolen recovery vehicles with a covered insurance policy. Insurance company is responsible for total towing, storage & lien fees. Insured or claimant is responsible for total fees if paid directly by insurance company.

## ATENCION DUEÑO REGISTRADO: SU FICHERO DEL CRÉDITO PUEDE SER AFECTADO

La seccion 3068.2 del codigo civil de California indica que usted es obligado a nosotros para las cargas y los honorarios totales, (el remolque, el almacenaje, y el embargo preventivo), menos la cantidad que recibimos de la venta de este vehiculo.

Es importante que usted reclama su vehículo cuanto antes puesto que las cargas del almacenaje están acumulando diariamente. Si usted no reclama su vehiculo antes de nuestra venta del embargo preventivo, usted puede ser obligado a nosotros para el coste de 60 dias del almacenaje más diariamente honorarios ser demostrado arriba para un total $3530.00 menos la cantidad recibida de la venta de este vehiculo. Referiremos nuestra demanda de la deficiencia a una agencia de colección si usted no actúa pronto.

### SI USTED NO VA A RECLAMAR SU VEHICULO, USTED PUEDE PARTICIPAR EN NUESTRO PROGRAMA DE LA AMNISTIA**

Si usted nos paga $780.00 (honorarios del remolque más almacenaje de ten dias más el embargo preventivo), en el plazo de ten dias de la fecha del aviso indicada arriba, renunciaremos nuestra demanda de la deficiencia. Si usted quisiera tomar nuestra oferta, firmar la declaracion en el fondo de la letra y traerla, junto con el cualquier título o el otro papeleo usted tiene para este vehiculo, a nuestra dirección de la oficina demostrada arriba junto con la cantidad de la amnistía que usted está pagando. Si usted no puede actuar antes ten dias la Fecha del Aviso, usted será no más elegible para esta oferta de la amnistía. I guarde se credito y acute ahora. **NO ENVIE SU PAGO DE LA AMNISTIA AL DMV.**

No haga nada y haga frente a una agencia de colección para nuestra demanda de la deficiencia. Usted nos deberá para las cargas totales, (incluyendo: remolque, costes de elaboración del embargo preventivo, y hasta 60 costes del almacenaje de los días), menos la cantidad que recibimos de la venta de este vehículo.

**Oferta invalid para el accidente o los vehiculos robados de la recuperacion con una poliza de seguro cubierte. La compañia de seguros es responsable de honorarios totales del remolque, del almacenaje y del embargo preventivo. El asegurado o el demandante es responsable de honorarios totales si es pagado directamente por la compañia de seguros.

---

Ref: 212615

## AMNESTY OFFER

Control Number
2008-24562

I agree to pay the lienholder, CENTRAL TOWING the sum of $780.00. The lienholder, upon receipt of this payment, agrees to waive any remaining deficiency claim that they will be entitled to when they receive title to this vehicle and it is sold.

Acuerdo pagar el lienholder, CENTRAL TOWING la suma de $780.00. El lienholder, sobre recibo de este pago, acuerda renunciar cualquier demanda restante de la deficiencia que serán dados derecho a cuando reciben título a este vehiculo y se vende.

| DATE (Fecha) | SIGNATURE OF VEHICLE OWNER (Firma del Dueño del Vehículo) |
|---|---|
| | X |
| TELEPHONE NUMBER (Número de Teléfono) ( ) | PRINT TRUE FULL NAME (Nombre Completo Verdadero) |
| DATE (Fecha) | SIGNATURE OF LIENHOLDER (Firma del Lienholder) |
| | X CENTRAL TOWING |

```
 1 │ WILLIAM  J.  WHITSITT
   │ 335  W.  CLOVER  ROAD
 2 │ TRACY,  CA  95376
   │ (209) 221-1405
 3 │ WHITSITTW@GMAIL.COM
 4 │
   │ IN  PROPRIA  PERSONA
 5 │
 6 │
 7 │
 8 │ IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN
   │ FRANCISCO
 9 │                                               )
10 │   WILLIAM  J.  WHITSITT                       )   Case No:  C08-01802 JSW
   │       (PLAINTIFF)                             )
11 │                                               )
   │   ---------------VS--------------              )
12 │                                               )
13 │   Sgt. George Lytle Badge # 761               )   RELEASE OF VEHICLE
   │                                               )
14 │   Central Towing & Transport -TOWING STORAGE CO. )   EXHIBIT -1C
15 │   COUNTY OF ALAMEDA                           )   NOTICE OF PENDING LIEN SALE
   │                                               )   FOR VEHICLE - CENTRAL
16 │   City of Dublin Police Services              )   TOWING AND TRANSPORTING
17 │                                               )
   │   TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. )
18 │                                               )
19 │   10 UNNAMED DEFENDANTS                       )
   │       (DEFENDANTS)                            )
20 │                                               )
21 │ _____)
22 │     I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL
   │ THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN
23 │ OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS
   │ MATTER.
24 │
25 │
   │                    RESPECTFULLY  SUBMITTED
26 │
   │                    /s/ William J. Whitsitt
27 │                    WILLIAM  J.  WHITSITT
   │                    DATED:  May 22, 2008
28 │
```

RETURN OF PROPERTY WITHOUT TOW, STORAGE AND ADMINISTRATIVE OR OTHER FEES                    Page 1 of 1

**Exhibit C**

# NOTICE OF PENDING LIEN SALE FOR VEHICLE VALUED $4000 OR LESS

2008-24562
Ref: 212615

Certified to DMV. # 7007 3020 0000 1877 1791

**TO WHOM IT MAY CONCERN:**
This is to notify you that I intend to sell this vehicle at a Lien Sale (public sale) (Civil Code Section 3072) because my bill for services or repair has not been paid. You may wish to take one of the following actions:
1. Pay my bill and reclaim the vehicle before the sale date.
2. Stop the Sale and dispute the lien in court. You may stop the sale by completing the Declaration of Opposition below and forward this notice to the DMV in the enclosed envelope within 10 days of the date this notice was mailed.
3. Disregard this notice if you no longer own or want this vehicle so I can proceed with the sale. However, if you were the last owner of record, you may be liable for removal and disposition costs and lien not satisfied by sale of the vehicle.

**NOTE TO THE LIENHOLDER:**
This notice is to be sent to the registered owner, legal owner, Department of Motor Vehicles, and any other person interested in this vehicle, 31 to 41 days before the date of sale (do not count day notice mailed). Send notice certified mail, return receipt requested, or U.S. Postal Service Certificate of Mailing.
**EXCEPTION:** Notice to the department must be sent by certified mail, return receipt requested.
At least 10 days before the sale, a copy of this notice shall be posted in a conspicuous place on the premises of the business office of the lienholder. If the sale occurs at a place other than the business office, a notice must be posted at the site of the forthcoming sale.

**REGISTERED OWNER**
WHITSITT WILLIAM J
335 W CLOVER RD
TRACY, CA 95376

**LEGAL OWNER**

Department of Motor Vehicles
Lien Sale Unit
P.O. Box 932317
Sacramento, CA 94232-3170

**INTERESTED PARTIES**

## VEHICLE DESCRIPTION

| LICENSE NUMBER | STATE REGISTERED | YEAR | MAKE | MODEL | BODY TYPE | LICENSE EXPIRATION DATE | VEHICLE IDENTIFICATION NUMBER (VIN) | ENGINE NUMBER (MOTORCYCLES ONLY) | MY TOWING AND STORAGE WAS AUTHORIZED BY A PUBLIC AGENCY | COST TO CONDUCT LIEN SALE |
|---|---|---|---|---|---|---|---|---|---|---|
| 96291H | CA | 1971 | DODGE | RAMCHARGER | PK | 02/28/09 | E14AE1S320736 | | [X] YES [ ] NO | $70.00 |

## INFORMATION ABOUT MY LIEN

| DATE VEHICLE CAME INTO MY POSSESSION | DATE OWNER BILLED FOR SERVICES/STORAGE | DATE WORK OR SERVICES COMPLETED | PRK VIOLATIONS-CVC 22651.1 |
|---|---|---|---|
| 03/23/08 | 04/01/08 | 04/01/08 | $ |

The amount and basis for my lien and outstanding parking violation is:

| STORAGE TO DATE | AT THE RATE OF | TOWING | REPAIRS |
|---|---|---|---|
| $550.00 | $55.00 PER DAY | $160.00 | $ |

This vehicle will be available for inspection at least one hour prior to the sale.

## INFORMATION ABOUT THE SALE

| DATE NOTICE OF SALE MAILED | DATE OF SALE | HOUR OF SALE |
|---|---|---|
| 04/01/08 | 05/02/08 | 10:00 AM |

| LOCATION OF SALE (STREET ADDRESS) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3932 OLD SANTA RITA RD #2 | PLEASANTON | CA | 94588- |

## CERTIFICATION

I hereby certify under penalty of perjury under the laws of the State of California that the information entered by me on this document is true and correct and I have no information or belief that there is a valid defense to the claim which gives rise to the lien.

| DATE | SIGNATURE OF LIENHOLDER OR AGENT ACTING FOR LIENHOLDER | BUREAU OF AUTOMOTIVE REPAIR # |
|---|---|---|
| 04/01/08 | X CENTRAL TOWING by [signature] | |

| LIENHOLDER (NAME) | TELEPHONE NO | CITY | STATE | ZIP CODE | REGISTRATION SERVICE NO. |
|---|---|---|---|---|---|
| CENTRAL TOWING | (925) 734-3400 | FREMONT | CA | 94537-7387 | 02146 |

| ADDRESS | | | | |
| PO BOX 7387 | | | | |

| AGENT ACTING FOR LIENHOLDER (NAME) | TELEPHONE NO | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| PAT'S LIEN SERVICE | | LIVERMORE | CA | 94550- |

| ADDRESS |
| PO BOX 2189 |

## DECLARATION OF OPPOSITION

**TO: DEPARTMENT OF MOTOR VEHICLES**
Please stop the lien sale of this vehicle because I wish to contest the claim of the lienholder. I understand the lienholder may file an action in court and if judgment is given in his/her favor, I may be liable for the court costs. The address at which I may be served or notified of any court action is:

| PRINT TRUE FULL NAME | | | TELEPHONE NUMBER |
|---|---|---|---|
| | | | ( ) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| MAILING ADDRESS IF DIFFERENT FROM ABOVE | | | |

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE INFORMATION ENTERED BY ME ON THE DECLARATION HEREON ARE TRUE AND CORRECT.

| DATE | SIGNATURE |
|---|---|
| | X |

**ATTENTION:** This Declaration of Opposition will not be valid unless you have signed, provided your true full name and a valid address. If the lienholder is unable to serve you with a court action, he/she will be allowed to continue with the lien sale (Civil Code 3072).

(must be sent to DMV within 10 days of date notice of sale mailed)

REG. 668 (REV. 1/99)    www.ezSoftware.com

2008-24562

[Stamp: APR 03 2008]

1  WILLIAM J. WHITSITT
2  335 W. CLOVER ROAD
   TRACY, CA 95376
3  (209) 221-1405
   WHITSITTW@GMAIL.COM
4
5  IN PROPRIA PERSONA

6

7

8  IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN
9  FRANCISCO

10 WILLIAM J. WHITSITT            )   Case No: **C08-01802 JSW**
          (PLAINTIFF)             )
11                                )
                                  )
12 ---------------VS------------- )
                                  )
13 Sgt. George Lytle Badge # 761  )   **RELEASE OF VEHICLE**
                                  )
14 Central Towing & Transport -TOWING STORAGE CO. )   **EXHIBIT -1D**
                                  )
15 COUNTY OF ALAMEDA              )   **NOTICE OF STORE VEHICLE**
                                  )   **CENTRAL TOWING AND**
16 City of Dublin Police Services )   **TRANSPORTING**
17                                )
   TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. )
18                                )
                                  )
19 10 UNNAMED DEFENDANTS          )
          (DEFENDANTS)            )
20                                )
                                  )
21

22  I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL
    THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN
23  OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS
    MATTER.
24

25              RESPECTFULLY SUBMITTED
26
                     [signature]
27              WILLIAM J. WHITSITT
                DATED: May 22, 2008
28

**RETURN OF PROPERTY WITHOUT TOW, STORAGE AND ADMINISTRATIVE OR OTHER FEES**   *Page 1 of 1*

# NOTICE OF STORED VEHICLE (22852 VC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. | | |
|---|---|---|---|---|---|---|
| LOCATION TOWED / STOLEN FROM | | ODOMETER READING | VIN CLEAR IN SVS? YES NO / LIC. CLEAR IN SVS? YES NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. | |
| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ONE / TWO | MONTH / YEAR | STATE |
| VEHICLE IDENTIFICATION NO. | | | | ENGINE NO. | | VALUATION BY OFFICER OWNER / 0-300 301-4000 4001+ $ |

REGISTERED OWNER — SAME AS R/O — LEGAL OWNER

APR 0 3 2008     OCT X 9 2014

[X] STORED   [ ] IMPOUNDED   [ ] RELEASED   [ ] RECOVERED - VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | | | | | | STORAGE AUTHORITY / REASON | |
| TOWED TO / STORED AT | | AIRBAG? YES NO | DRIVEABLE? 1 2 YES NO JUNK UNK | | | | VIN SWITCHED? YES NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) VC | | | SEAT (REAR) | | | ALT. / GENERATOR | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | | TRANSMISSION | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) VC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO: [ ] R/O OR AGENT  [ ] AGENCY HOLD   22850.3 VC   GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE)   DATE / TIME

RECEIVED APR 0 3 2008

NAME OF PERSON / AGENCY AUTHORIZING RELEASE    DATE    CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE    SIGNATURE OF PERSON TAKING POSSESSION

**SEE REVERSE FOR INFORMATION**