WILLIAM J. WHITSITT
335 W. CLOVER ROAD
TRACY, CA 95376
(209) 221-1405
WHITSITTW@GMAIL.COM

IN PROPRIA PERSONA

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT <br> (PLAINTIFF) <br><br> ----------------VS---------------- <br><br> Sgt. George Lytle Badge # 761 <br><br> Central Towing & Transport -TOWING STORAGE CO. <br><br> COUNTY OF ALAMEDA <br><br> City of Dublin Police Services <br><br> TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. <br><br> 10 UNNAMED DEFENDANTS <br> (DEFENDANTS) | Case No: **C08-01802 JSW** <br><br> **RELEASE OF VEHICLE** <br> **EXHIBIT - 2** <br><br> **SECOND DEMAND FOR TOW HEARING FORFEITURE HEARING TO NAMED DEFENDANTS** |

I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER.   NOTE 2 OTHER NOTICES WHERE SENT ALSO, SHOWN UPON DEMAND.

RESPECTFULLY SUBMITTED

*[signature]*
WILLIAM J. WHITSITT
DATED: May 22, 2008

---

**RETURN OF PROPERTY WITHOUT TOW, STORAGE AND ADMINISTRATIVE OR OTHER FEES**          *Page 1 of 1*

WILLIAM J. WHITSITT  
335 W. CLOVER ROAD  
TRACY, CA  95376  
(209)221-1405

FILE NO:  UNKNOWN.

DUBLIN POLICE SERVICES  
100 CIVIC PLAZE,  
DUBLIN, CA  94568  
**Vehicle Seized on March 22, 2008 at 14:45 PM**  
**Attn:  Sgt. George Lytle Badge # 761, CITY OF DUBLIN POLICE SERVICES**; Alameda County Sherif Deputys: Whithall # 429 ;  A. Grarth # 1340.

## DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST SECOND DEMAND FOR TOW AND FORFEITURE HOLD HEARING -NOTICE OF SUIT

I William J. Whitisitt, do hereby Demand Tow Hearing for Acting outside of Jurisdiction and Authority and Hearing for False and Unlawful Arrest.   I Demand the above Hearings for the Following Lawful Reasons:

    I Demand as a matter of Constitutional and Civil Right the Right to Due Process of Law under the Fourteenth Amendment which Requires a Pre-Tow  Hearing before a Towing and Seizing a Vehicle from Contra Costa County and city of San Ramon Jurisdiction.   I OBJECT to a Post Towing Hearing as it is Violation of Due Process of Law because my Vehicle is being Held for a (30) day Hold without Notice and Opportunity to Defend and without Fourth Amendment Seizure Warrant.  **I Must Timely OBJECT**.
this Court has frequently explained that the particularized warrant requirement is also intended " `to give notice to the person subject to the search what the officers are entitled to seize.' " **In the Matter of Seizure of Property Belonging to Talk of the Town Bookstore, Inc.**, 644 F.2d 1317, 1318 (9th Cir. 1981) (quoting United States v. Marti, 421 F.2d 1263, 1268 (2d Cir. 1970)). Accord United States v. McGrew, 122 F.3d 847, 850 (9th Cir. 1997); United States v. Van Damme, 48 F.3d at 466 (9th Cir. 1995)

    Thus, Seizure of my Vehicle on a (30) day Hold without Seizure Warrant is Unlawful on its face.  The State California Vehicle Code cannot Authorize a Violation of the  Fourth Amendment.  Seizing of my Vehicle without affording a Judge Supervised Hearing on Forfeiture or (30) day Hold  is Unlawful see:
Clearly, the legality of a warrantless seizure is a component of the larger question of the probable validity of continued retention of a seized vehicle. If a seizure lacked probable cause, and the City could offer no untainted post-seizure evidence to justify further retention, the claimant's vehicle would ordinarily have to be released during the pendency of proceedings. Cf. **Marine Midland Bank, N.A. v. United States**, 11 F.3d 1119, 1125 (2d Cir. 1993) ("[C]ourts in this circuit have ordered the return of seized property before the commencement of a [federal] forfeiture trial on the ground that the government lacked probable cause to seize the property at the time of the seizure.").

    Sgt. George Lytle read the above decision if you can read.   I must OBJECT because California Law does Not Provide for Immediate Pre-Seizure and Post-Seizure Hearing for Forfeiture of my Vehicle (Private Property. I AM ESTABLISHING A CLEARLY ESTABLISHED CONSTITUTIONAL RIGHT.   YOU CANNOT CLAIM QUALIFIED IMMUNITY WHATSOEVER. SEE:  **Wilson v. Layne**, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818.  CITY OF DUBLIN YOU CANNOT CLAIM IMMUNITY WHATSOEVER FROM SECTION 1983.

    Thus, I am Objecting and Clear Establishing a Deprivation of Clearly Established Constitutional Right.  I put Sgt George Lytle on **Notice for Unlawfully Holding (Seizing) my vehicle for (30) days** and thus causing a Hardship due to Severe Unemployment and Financial Problems a Forfeiture that is Unlawful and Unlawful Seizure in Violation of the Fourth Amendment.  Thus a Clearly Established Constitutional and Civil Right Violation is

Established. The City of Dublin is also Authorizing this Seizure in Violation of the Fourth Amendment. **He Denied me the Constitutional Right to Notice and Opportunity to Defend and Notice of Seizure of my Vehicle.** The Supreme Court has held that the Fourth Amendment protects claimants against unreasonable seizures of their property in the civil forfeiture context. See: United States v. James Daniel Good Real Prop., 510 U.S. 43, 49 (1993) ("The Fourth Amendment does place restrictions on seizures conducted for purposes of civil forfeiture . . . ."); see also One 1958 Plymouth Sedan v. Pennsylvania, 380 U.S. 693, 696, 700 (1965) (holding that the exclusionary rule under the Fourth Amendment applies to civil forfeiture proceedings); cf. In re Seizure of All Funds In Accounts In Names Registry Publ'g, Inc., 68 F.3d 577, 580 (2d Cir. 1995) ("In order to seize property under [federal civil forfeiture law], the government must demonstrate that there was probable cause to believe that the property is subject to forfeiture."); United States v. Daccarett, 6 F.3d 37, 49 (2d Cir. 1993) ("[T]his circuit requires seizures made pursuant to [federal civil forfeiture law] to comport with the fourth amendment."); United States v. $37,780 in U.S. Currency, 920 F.2d 159, 162 (2d Cir. 1990).. In KRIMSTOCK v SAFIR, Docket No. 00-9488, (2nd Cir 2002)

**I was also Denied by Sgt. George Lytle Badge No 761, The Notice that my Vehicle (Private Property) was being Stored (Seized) for 30 days without Seizure Warrant.** No showing California Vehicle Code Authority Fourth Amendment Seizure Warrant. I am **Establishing a Clearly Established Constitutional and Civil Right, Deprivation and Violation.** See: Saucier v. Katz, (U.S. 2001), 533 U.S. 194; P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298; Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603. Thus waiving Qualified Immunity Defense. The City of Dublin has No Qualified Immunity Defense. I Demanded the Right to Notice of Where and who my Property was being held by. (March 24th, 2008 at 2:42 PM). **I Demanded for my Vehicle (Private Property) to be Relased.. (Bob Howard is a Witness of this Denial). (Myself also).**

**Unlawful Tow and Seizing of my Vehicle (Private Property) outside of City and County Jurisdiction.** The Stop for the Alleged Vehicle Code Violation took place over a 1/4 mile in Contra Costa County and the city of San Ramon Jurisdiction. The Lights came on clearly outside the Jurisdiction and Authority of Alameda County and the City of Dublin. I have several witnesses of this that will testify to this besides myself. Thus the Police Officers clearly Violated their Lawful Jurisdiction and Authority as City of Dublin Police Officers. City and County Jurisdiction is limited to Territorial Jurisdiction of within those boundaries. You will then say that they are State Officer but they are not. They have Authority and Jurisdiction to Arrest within their Territorial Boundaries only. The State Police Powers anywhere in California they do not possess. Thus, Clearly they acted outside of their Lawful City of Dublin and Alameda County Police Powers. There is Not Immunity Defense for acting outside of Lawful Authority and Jurisdiction. See: Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982)
Qualified immunity " `shield[s] [government agents] from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known.' " Behrens v. Pelletier, 516 U.S. 299, 305 (1996) (quoting: Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982)).

At the Common Law 2 witnesses besides myself establish a Material Fact of Law. Police Officers are inherently liers and bearers of False Testimony. Thus I will invoke the Hostel Witness Rule. I have 2 witnesses besides myself who are witnesses of where the stop and Siezure took place in Contra Costa County and the City of San Ramon. Witnesses: **(Richard Lincoln) (Steven V. Swift) ( Michael Swift) (Myself also).**

I am a Constitutionalist and a Citizen Freeman and I am Not Required to have Privilege to drive my vehicle upon the Public Roads and Highways. I am Establishing this Material Fact and Foundation before Section 1983 Suit is filed.

Thus a Post Deprivation Hearing will Not Satisfy Due Process requirements. See: Logan v. Zimmerman Brush Co., 455 U.S. 422, 435-36 (1982). Seeking redress through a tort suit is apt to be a lengthy and speculative process,

which in a situation such as this one will never make the complainant entirely whole." Parratt v. Taylor, 451 U.S. 527 (1981), Id. at 436-37. Parratt was a property loss case and while Ingraham was a liberty case the holding there was not that, standing alone, a tort remedy was an adequate process. It is not clear, therefore, that a tort remedy could ever be an adequate substitute for some kind of hearing in a liberty loss situation. Parratt v. Taylor, 451 U.S. 527 (1981). Thus the Informal Police Officer Hearing for Unlawful Tow Action will Not Satisfy Due Process and Common Law Right. Under California law, city has burden of persuasion to demonstrate that seizure of motor vehicle is valid. West's Ann. Cal. Vehicle Code § 22852.

Seizing of my Vehicle (Private Property) for (30) days, which is owned by Civil and Constitutional and Inalienable Right, is Not Valid unless Seized by Fourth Amendment Seizure Warrant. "...this Court has frequently explained that the particularized warrant requirement is also intended " `to give notice to the person subject to the search what the officers are entitled to seize.' " In the Matter of Seizure of Property Belonging to Talk of the Town Bookstore, Inc., 644 F.2d 1317, 1318 (9th Cir. 1981) (quoting United States v. Marti, 421 F.2d 1263, 1268 (2d Cir. 1970)). Accord United States v. McGrew, 122 F.3d 847, 850 (9th Cir. 1997); United States v. Van Damme, 48 F.3d at 466 (9th Cir. 1995).

I mus OBJECT Timely and Protest to Establish a Clear Constitutional and Civil Right Violation and Deprivation, of Seizing my Vehicle (Private Property) without Fourth Amendment Seizure Warrant and Notice and Hearing for Notice and Opportunity to Defend. Sgt. George Lytle you given Warning and Notice of Clearly Established Constitutional and Civil Right Violation. Let also the City of Dublin and County of Alameda also Take Notice and Warning of Clearly Established Constitutional and Civil Right. Let also the Tow Operator take the same Notice and Warning.

**Let further Notice be Taken here, that Severe Hardship and Economic and Financial Hardship is Claimed.** Witnesses: **(Richard Lincoln) (Steven V. Swift) (Michael Swift) (Bob Howard) (Myself also).**

Let Notice be taken here, that the Vehicle Code states that the Question of Legality of Tow and Authority of Tow is on the Police Agency. Thus the Dublin Police Services must prove its Authority and Justification to Tow and Seize my Vehicle Property. See: Under California law, city has burden of persuasion to demonstrate that seizure of motor vehicle is valid. West's Ann. Cal. Vehicle Code § 22852.

The Police (Sherif Deputy) lacked Probable Cause for Vehicle Code Tow and Seizure upon Private Property or Parking Lot. See: Gasho v. United States, 39 F.3d 1420, 1438-39 (9th Cir. 1994). See also: Adams v. Williams, 407 U.S. 143, 148 and Terry v. Ohio, 392 U.S. 34.

"Where police lack probable cause to make arrest, arrestee has claim under § 1983 for false imprisonment based on detention pursuant to that arrest." Groman v. Township of Manalapan, 47 F3d 628 (3rd Cir. 1995)

The Individual operating or an automobile does not lose able expectation of privacy cause automobile and its use to government regulations. State of Delaware v. Prouse, Del. 1979, 99 S. Ct 1391, 440 U.S. 648, 59 L.Ed.2d 660.

Let Notice be taken here that I did OBJECT and state that he was Arresting and Seizing my person and Towing and Seizing my Vehicle Property without Probable Cause and Vehicle Code Authorization outside of City of Dublin and County of Alameda Jurisdiction. Thus Qualified Good Faith Immunity is Waived. A court evaluating claim of Qualified Immunity, must first determine whether the plaintiff has alleged a deprivation of an actual constitutional right at all, if so, proceed to determine whether that Right was clearly established at the time of alleged violation. Wilson v. Layne, (U.S. Md. 1999) 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818. See also: P.B. v. Koch, C.A.9 (Idaho) 1996, 96 F.3d 1298. Tow was Unlawful and Wrongful Intentional Act of Deprivation of my Civil and Constitutional Rights.

**SECOND DEMAND FOR TOW HEARING AND OBJECTION TO SEIZURE - DUBLIN**     Page 3 of 7

The Police (Sherif Deputy) must have Known that her action was in Violation of my Clearly Established Constitutional and Civil Rights. Thus, Good Faith Immunity is Waived by Intentional Deprivation of a My Civil and Constitutional Rights.

Towing and Seizing of my Person and Vehicle Property CLEARLY outside of Territorial Jurisdiction of City of Dublin and Alameda County without Justification and Authority of Vehicle Code and Penal Code renders action Unlawful, Wrongful, Deliberate, Intentional, Knowing and Wanton. Using of Police Powers in Violation of and in excess of Authority is Waiver of Immunity and it violates Federal and California State Law. **Due process required that, prior to seizure of automobile from private lot as allegedly abandoned motor vehicle, village had to first provide vehicle owner, whose identity could readily be determined from vehicle's license plates, with adequate notice and opportunity for hearing. U.S.C.A. Const.Amend. 14. Perry v. Village of Arlington Heights, 905 F.Supp. 465. West's Ann. Cal. Vehicle Code § 22852.** Witnesses: **(Richard Lincoln) (Steven V. Swift) (Myself also)**.

I Demand as a Matter of Civil and Constitutional Right a TOW HEARING JUSTIFICATION and a False and Unlawful Arrest Hearing. I also make Notice of OBJECTION to False and Unlawful Arrest, Wrongful and Unlawful Towing and Seizing of my Vehicle Property. See: **Mathews v. Eldridge, 481 U.S. 252 (1987). Logan v. Zimmerman Brush Co., 455 U.S. 422, 435-36 (1982). . Parratt v. Taylor, 451 U.S. 527 (1981). "...where a temporary deprivation would be less severe and the opposing interest is important, the hearing may come later,\277\ Arnett v. Kennedy, 416 U.S. 134 (1974); Mathews v. Eldridge, 424 U.S. 319 (1976); Barry v. Barchi, 443 U.S. 55 (1979). "...so long as it is promptly assured. Barry v. Barchi, Id. at 66.**

Forfeiture without Fourth Amendment Seizure Warrant and or Forfeiture Hearing is a Violation of my Clear Established Constitutional and Civil Rights. You have No Excuse I have Clearly Established my Constitutional Right at the Time of the Unlawful Seizure and Holding of my Vehicle (Private Property).

I Demand that the City of Dublin Return my Vehicle at once (NOW) without Tow and Storage Fees and pay a Damage award of $ 1,500.00 Five Hundred Dollars per day for loss and enjoyment of Vehicle Use. I further Demand $ 25,000.00 Twenty Five Thousand Dollars for Unlawful and False Arrest. I Move and Demand that the City of Dublin Grant all Remedies Demanded for. I Demand that the City of Dublin Grant all Remedies Demanded for within (15) Fifteen Days of Receipt of this Notice.

**I DEMAND THAT MY VEHICLE BE RELEASED FREE OF CHARGE FOR UNLAWFUL TOW AND SEIZURE WITHOUT PROBABLE CAUSE.**

Let Notice be Taken Here Officers Alameda County Sherif Deputys: **Whithall # 429 ; A. Grarth # 1340**, Section 1983 Suit is being filed against you also. **This is Notice of Suit**.

I WAS NOT SENT NOTICE BY THE STATE OF CALIFORNIA THAT MY VEHICLE WOULD BE SEIZED AND HELD FOR (30) DAYS, AS IS REQUIRED BY VEHICLE CODE AND DUE PROCESS OF LAW. NOTICE AND OPPORTUNITY TO DEFEND. THE CITY OF DUBLIN HAS NOT GIVEN ME NOTICE. SEE: **Washington v. Glucksberg, 521 U. S. 702, 719 (1997); Reno v. Flores, 507 U. S. 292, 301-302 (1993).**

# NOTICE OF SERVICE OF PROCESS

### NOTICE OF SERVICE BY MAILING AND FAX:

I WILLIAM J. WHITSITT, _____, THIS THE _____ DAY OF MARCH 2007, DID PERSONALLY SERVE BY FAX AND MAILING: THE CITY OF DUBLIN AND POLICE DEPARTMENT WITH THIS: DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST AND OBJECTION TO SEIZURE AND HOLD UNLAWFULLY WITHOUT FOURTH AMENDMENT SEIZURE WARRANT AND FORFEITURE HEARING.

### PROOF OF SERVICE BY FAX:

I WILLIAM J. WHITSITT, _____, THIS THE _____ DAY OF MARCH 2008, DID SERVE BY FAX: DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST AND OBJECTION TO SEIZURE AND HOLD UNLAWFULLY WITHOUT FOURTH AMENDMENT SEIZURE WARRANT AND FORFEITURE HEARING. I DID FAX IT TO 1(925) 828-2893 AT: _____ ON: _____

### PROOF OF SERVICE BY MAIL:

I WILLIAM J. WHITSITT, _____, THIS THE _____ DAY OF MARCH 2008, DID SERVE A TRUE COPY OF THIS: DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST BY MAIL. I DID DEPOSIT IT POSTAGE PREPAID VIA CERTIFIED MAIL AT: _____ TRACY POST OFFICE ADDRESSED TO: CITY OF DUBLIN POLICE SERVICES, ATTN: SGT. GEORGE LYTLE, CITY OF DUBLIN, AT: 100 CIVIC PLAZA, DUBLIN, CA 94568.


RESPECTFULLY   SUBMITTED

_____

WILLIAM   J.   WHITSITT
DATED:   March 25, 2008

# NOTICE OF SERVICE OF PROCESS

**NOTICE OF SERVICE BY MAILING AND FAX:**
I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 26th DAY OF MARCH 2007, DID PERSONALLY SERVE BY FAX AND MAILING: THE CITY OF DUBLIN AND POLICE DEPARTMENT WITH THIS: DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST AND OBJECTION TO SEIZURE AND HOLD UNLAWFULLY WITHOUT FOURTH AMENDMENT SEIZURE WARRANT AND FORFEITURE HEARING.

**PROOF OF SERVICE BY FAX:**
I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 26th DAY OF MARCH 2008, DID SERVE BY FAX: DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST AND OBJECTION TO SEIZURE AND HOLD UNLAWFULLY WITHOUT FOURTH AMENDMENT SEIZURE WARRANT AND FORFEITURE HEARING. I DID FAX IT TO 1(925) 828-2893 AT: _____ ON: _____

**PROOF OF SERVICE BY MAIL:**
I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 26th DAY OF MARCH 2008, DID SERVE A TRUE COPY OF THIS: DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST BY MAIL. I DID DEPOSIT IT POSTAGE PREPAID VIA CERTIFIED MAIL AT: _4 PM_ TRACY POST OFFICE ADDRESSED TO: CITY OF DUBLIN POLICE SERVICES, ATTN: SGT. GEORGE LYTLE, CITY OF DUBLIN, AT: 100 CIVIC PLAZA, DUBLIN, CA 94568.

EDD TRACY WORKNET CTR   Fax:209-833-1027

\*\*\* Transmit Conf. Report \*\*\*

P.1                                                           Mar 26 2008  13:25

| Telephone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 919258282893 | NORMAL | 26,13:22 | 2'47" | 6 | * O K | |

RESPECTFULLY SUBMITTED
_William J Whitsitt_
WILLIAM J. WHITSITT
DATED: March 26, 2008

NEXT PAGE IS PROOF OF SERVICE BY CERTIFIED MAIL - EVIDENCE -Not Included in Fax

**SECOND DEMAND FOR TOW HEARING AND OBJECTION TO SEIZURE - DUBLIN**     Page 5 of 6

## PROOF OF SERVICE - EVIDENCE

CERTIFIED MAIL SENT RECEIPT



CERTIFIED MAIL RETURN RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Amda Ly_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Am Yee_ |
| 1. Article Addressed to:<br><br>Dublin Police Services<br>100 Civic Plaza<br>Dublin CA 94568 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>Objection to the 2nd Tow Hearing Demand<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from serv) | 7007 2560 0003 0738 8163 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**SECOND DEMAND FOR TOW HEARING AND OBJECTION TO SEIZURE - DUBLIN**   Page 6 of 6