1   WILLIAM J. WHITSITT
335 W. CLOVER ROAD
2   TRACY, CA 95376
(209) 221-1405
3   WHITSITTW@GMAIL.COM




4

5   IN PROPRIA PERSONA

6

7

8   IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN
9   FRANCISCO

| | |
|---|---|
| 10  WILLIAM J. WHITSITT (PLAINTIFF) | Case No: **C08-01802 JSW** |
| 11 | |
| 12  ---------------VS-------------- | |
| 13  Sgt. George Lytle Badge # 761 | **RELEASE OF VEHICLE** |
| 14  Central Towing & Transport -TOWING STORAGE CO. | **EXHIBIT -III** |
| 15  COUNTY OF ALAMEDA | **AFFIDAVITS** |
| 16  City of Dublin Police Services | **(III-A) - MY AFFIDAVIT**<br>**(III-B) - AFFIDAVIT RICK LINCOLN** |
| 17  TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. | **(III-C) - AFFIDAVIT STEVE SWIFT**<br>**(III-D) - AFFIDAVIT MICHAEL SWIFT** |
| 18 | |
| 19  10 UNNAMED DEFENDANTS (DEFENDANTS) | |
| 20 | |

21

22      I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL
THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN
23   OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS
MATTER.
24

25

26                RESPECTFULLY SUBMITTED

27                WILLIAM J. WHITSITT
               DATED: May 22, 2008
28

---

**RETURN OF PROPERTY WITHOUT TOW, STORAGE AND ADMINISTRATIVE OR OTHER FEES**      *Page 1 of 1*



William J. Whitsitt
335 W. Clover Road
Tracy, CA   95376


## Affidavit from William J. Whitsitt


I William J. Whitsitt, do hereby Testify and Attest to the fallowing Facts,

That on March 23, 2008 at approx. 2:25 PM, I was driving and took the Off-ramp from 580
North and Existed the Alcosta Blvd Off-ramp.   Turned Right on Alcosta Blvd.  On the Off-ramp
to Alcosta Blvd., I noticed the San Ramon Contra Costa County Limits about 30 feet from
Alcosta Blvd.  I turned right on Alcosta Blvd and proceeded to enter the Divona Drive Left Turn
Lane from Alcosta Blvd.   I was stopped at the Stop Light waiting for the Green Arrow to make a
left turn onto Divona Drive further into the City of San Ramon and Contra Costa County.  After I
left Alcosta Blvd about 15 feet from it, A Dublin Police Vehicle Turned left also.  They fallowed
me for about 500 feet before turning their lights to Stop me.  This is over 1500 feet into the City
of San Ramon and Contra Costa County.   The City limits of Dublin and Alameda County is 30
to 40 feet beyond the Alcosta Blvd Side walk or about 1500 feet South of where they Stopped
me at.   The Location of the traffic stop was at corner of Divona Drive and Interlachen Ave.
This is not even close to the City of Dublin and Alameda County Jurisdiction.   Alcosta Blvd is
Not at anytime in the City of Dublin and County of Alameda Jurisdiction.   The Dublin Police
Officer approached my window and stated that I could not read your license Plate at first.  I
asked him can you read it now he stated to me:   Yes.  I asked what is then the reason for this
Traffic Stop.  He went back and talked with the other Officer and came back and state I think
your Driver's Side Stop light is out.  He never could have seen my Stop lights because I was
stopped already at the Stop light.  I check all my lights within the last half an hour and they
where all working just fine.
I demanded that Police Officer show me my light was out and he just refused.

Mike Swift told me just a week earlier that the Dublin Police Officers where asking
about his old Dodge Pick Up Truck.  He warned me that, they would stop me thinking they
where stopping him.

The Police Officers from the City of Dublin had have known that they where stopping
me outside of their Lawful Dublin City and Alameda County Jurisdictional Limits.  I objected to
being stopped in another County and City Limits.  The Authority to Stop me in another City and
County where they where Not in Pursuit and Outside of their Jurisdiction to begin with, Is
Lacking.  I clearly established my Constitutional and Civil Right against wrongful and false
Arrest outside of Jurisdiction and Authority of City Dublin and Alameda County.  I clearly
established Lack of Probable Cause for the Traffic Stop, I Objected.  I clearly Objected to the
Unlawful Towing and Hold and Seizing of my Vehicle.   There is No Excuse and Good Faith for
acting outside of Lawful City and County Jurisdiction and Police Power Authority.  I Objected to

the Officer who Transporting me to Santa Rita Jail for the Police Stop outside of their Lawful Jurisdiction and Authority.   The Lady Police Officer just laughed it off and stated we will Not be fired for that problem and or disciplined.  They had all stated to me:   You will just have to Sue us under Section 1983, and they all laughed it off.   They stated we don't care what you do about that problem.  That Suit is Pending against the Individual Officer's in another separate matter, See:  (C08-02139BZ).  This matter is pending also in the Northern District of California. The Tow Operator who Towed my Vehicle had have also know that he was not towing my Vehicle in city of Dublin and Alameda County.

Let this Court also take Notice that when the Police Officer where Searching my Vehicle for whatever one of the Police Officer's Touched the brakes and the Both Brake Lights where on.  The Vehicle was Currently Licensed and it had a 2008 sticker on the License Plate.   That completely makes the Probable Cause Statement False.  Most Policemen are Known Liars and it is known that they when in doubt will lie and fabricate the Material Facts.  They also lie to cover each other.

I WILLIAM J. WHITSITT, _William J. W. Whitsitt_ THIS THE 20th DAY OF MAY 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE FACTS CONTAINED HEREIN THIS AFFIDAVIT ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

RESPECTFULLY  SUBMITTED

_William J. Whitsitt_
WILLIAM J. WHITSITT
DATED:  May 18, 2008



Richard Lincoln
33 Yale Ct.
San Ramon, CA   94583


Affidavit of Facts from Richard Lincoln


I Richard Lincoln, did observe Bill Whitsitt my friend, was Stopped by Dublin Police well into the City of San Ramon and Contra Costa County.  I know that the Dublin City and Contra Costa County boundary is well before Alcosta Blvd., and quite a distance from where the Police Stopped Bill Whitsitt.

I also witnessed Steve Swift my cousin asking the lady Dublin Police Officer to let us take care of Bill Whitsitt Dodge Pick Up Truck so it would not have to be Towed.  I was there when she Refuse to let us take the Vehicle as Bill had asked us to do.  She said the Vehicle is going to be towed and that is the way it will be.

I have lived with my Cousin Steve Swift for over 8 years now and I know that his son Michael Swift has been Harassed, Stopped and Threatened many times by Dublin and San Ramon Police Officers.

I Richard Lincoln, ~~Richard Lincoln~~, this the 5-15-08 day of May swear that all the above facts are true, Correct, under the Penalty of Perjury.



Steve Swift
33 Yale Ct
San Ramon, CA 94583


Affidavit of Facts

I Steve Swift on March 23, 2008 at approx. 2:35 PM, I did Observe, William J. Whitsitt pulled over by Dublin Police Officers, almost a half mile in San Ramon City and Contra Costa County Limits.   The Location of the traffic stop was at corner of Divona Drive and Interlachen Ave.   I was very surprised to witness, Dublin Police stopping a Vehicle clearly in City of San Ramon and Contra Costa County Limits.  I have also noticed that Dublin City and Alameda County Limits end about 30 feet before the sidewalk of Alcosta Blvd..   I did witness that he was stopped well into the City of San Ramon and Contra Costa County Jurisdictional Limits.

        I know William Whitsitt for many years he is my friend.  I stopped and asked the Dublin Lady Police Officer if Rick Lincoln or myself could drive William Whitsitt's Dodge Pick Up Truck so it would not be Towed.  The Lady Dublin Police Office refused to release the vehicle as William asked her to do into my Care.  She stated to me I have decided to have it towed and it is going to be towed.   I was upset and very surprised, that the Lady Dublin Police Officer refused to let Rick Lincoln or myself,  both Licensed Drivers take over care taker duties for our Friends Vehicle.

        My Son Michael Swift told William that the Dublin Police Officers asked him what happened to your Dodge Pick Up truck, about a week earlier.  He had been stopped, harassed, threatened by Dublin and San Ramon Police Officers over 100 times, in that Dodge at least 30 times.

        I will Testify and be a witness as to the above facts, if asked too by this Court.


        I Steven V. Swift, _____, this the 20th day of May do hereby Declare and Affirm that all the above facts are true and correct under the Penalty of law.



Michael Swift
33 Yale Ct.
San Ramon, CA  94583


I am Michael Swift and I witnessed Bill Whitsitt's Dodge Pick Up Truck was stopped in San Ramon City Limits and Contra Costa County Limits.

I owned that Dodge Pick Up Truck for over 9 years.  I was stopped for Harassment, Threatened and Searched in that Dodge by Dublin Police over 40 times and San Ramon Police another 50 times.  I was stopped just so they could check my Driver's License and Registration and to Search me and do a Warrant Check.  I told Bill Whitsitt a week earlier that Dublin Police Officer's had asked me what happened to my Dodge Pick Up Truck.  I told the Dublin Police Officers that I sold it.  They Wanted my Dodge Pick Up Truck very badly and they where looking for an excuse to take it from me and tow it.  The Dublin Police officers had told me several times that they would love to have my Truck and that they where going to get me someday and my truck.

I Michael Swift will testify to all the above facts when needed.

I Michael Swift, _Michael Swift_____, this the _ 2044_ day of May do Declare and affirm that all the above facts are true and correct under the Penalty of Law.

Richard Lincoln
33 Yale Ct.
San Ramon, CA   94583


Affidavit of Facts from Richard Lincoln


I Richard Lincoln, did observe Bill Whitsitt my friend, was Stopped by Dublin Police well into the City of San Ramon and Contra Costa County. I know that the Dublin City and Contra Costa County boundary is well before Alcosta Blvd., and quite a distance from where the Police Stopped Bill Whitsitt.

I also witnessed Steve Swift my cousin asking the lady Dublin Police Officer to let us take care of Bill Whitsitt Dodge Pick Up Truck so it would not have to be Towed. I was there when she Refuse to let us take the Vehicle as Bill had asked us to do. She said the Vehicle is going to be towed and that is the way it will be.

I have lived with my Cousin Steve Swift for over 8 years now and I know that his son Michael Swift has been Harassed, Stopped and Threatened many times by Dublin and San Ramon Police Officers.

I Richard Lincoln, _[signature]_, this the 5-15-08 day of May swear that all the above facts are true, Correct, under the Penalty of Perjury.