WILLIAM J. WHITSITT
335 W. CLOVER ROAD
TRACY, CA 95376
(209) 221-1405
WHITSITTW@GMAIL.COM

IN PROPRIA PERSONA

**ORIGINAL**

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

WILLIAM J. WHITSITT
   (PLAINTIFF)

---------------VS--------------

Sgt. George Lytle Badge # 761

Central Towing & Transport -TOWING STORAGE CO.

COUNTY OF ALAMEDA

City of Dublin Police Services

TOW OPERATOR - CENTRAL TOWING & TRANSPORTING.

10 UNNAMED DEFENDANTS
   (DEFENDANTS)

Case No: **C08-01802 JSW**

**RELEASE OF VEHICLE**

**INDEX OF FILINGS**

I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER. LET THE COURT TAKE NOTICE THAT STEVE SWIFT, RICK LINCOLN AND MICHAEL SWIFT ALL AGREE TO TESTIFY TO FACTS CONTAINED IN THEIR RESPECTIVE AFFIDAVITS.

| NO | DOCUMENT FILED |
|---|---|
| (# I) | RECONSIDERATION IMMEDIATE ORDER FOR RELEASE OF VEHICLE FREE OF CHARGE OR ALTERNATIVE REMEDY..." |
| (#II) | BRIEF IN SUPPORT OF IMMEDIATE RELEASE OF VEHICLE FREE OF CHARGE..." |
| (#III) | AFFIDAVITS IN SUPPORT OF FACTS OF LACK OF PROBABLE CAUSE FOR STOP..." |
| (III-A) | MY AFFIDAVIT WILLIAM J. WHITSITT |
| (III-B) | AFFIDAVIT RICK LINCOLN |
| (III-C) | AFFIDAVIT STEVE SWIFT. |
| (III-D) | AFFIDAVIT MICHAEL SWIFT |
| (EXHIBIT 1A) | LETTER HOLDING VEHICLE FROM CITY OF DUBLIN POLICE SERVICES - GEORGE LYTLE #761 |
| (EXHIBIT 1B) | NOTICE OF STORED VEHICLE AMNESTY OFFER FROM CENTRAL TOWING & TRANSPORTING. |
| (EXHIBIT 1C) | NOTICE OF PENDING LIEN SALE FOR VEHICLE VALUED $4000 OR LESS FROM CENTRAL TOWING. |
| (EXHIBIT 1D) | NOTICE OF STORED VEHICLE. |
| (EXHIBIT 2) | SECOND DEMAND FOR TOW HEARING, FORFEITURE HEARING...." |
| (EXHIBIT 4) | 4TH DEMAND TOW HEARING DOES NOT SATISFY DUE PROCESS AND PROBABLE CAUSE..." |

NOTE THERE ARE (2) OTHER NOTICES THAT WHERE SENT TO NAMED DEFENDANTS RELATING TO FORFEITURE, PROBABLE CAUSE, TOW HEARING DOES NOT SATISFY DUE PROCESS, THEY WHERE NOT INCLUDED IN THIS FILING. I WILL SUBMIT THEM UPON DEMAND HOWEVER.

I AGAIN MOVE THIS COURT TO ENTER IN EVIDENCE ALL EXHIBITS FILED ON THIS INDEX.

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 22nd DAY OF MAY, 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW, INCLUDING NOTICE OF SERVICE BY MAIL.

RESPECTFULLY SUBMITTED

_William J Whitsitt_
WILLIAM J. WHITSITT
DATED: May 22, 2008