IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

    v.

SGT. GEORGE LYTLE, et al.

    Defendants.

No. C 08-01802 JSW

**ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION**

    The Court has received Plaintiff's Motion for Reconsideration of this Court's Order, dated May 5, 2008, for an Immediate Order for Release of Vehicle Free of Charge of Towing and Storage Fees or Alternative Remedy Releasing Vehicle Until Matter of Vehicle is Decided.

    In his motion for reconsideration, Plaintiff clarifies the legal theories underpinning his Complaint.[1] Construed liberally and viewed in the light most favorable to Plaintiff, Plaintiff appears to assert that his due process rights have been violated because he has not been provided adequate notice and opportunity to be heard with respect to the allegedly unconstitutional seizure of his vehicle.

    In addition, with his motion, Plaintiff submits a Notice of Lien Sale that indicates a sale of Plaintiff's vehicle was scheduled for May 2, 2008 at 10:00 a.m. That evidence was not before the Court when it issued its May 5, 2008 Order denying Plaintiff's motion. There is no

---

[1] Pursuant to Northern District Civil Local Rule 7-9(a), "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motino." In light of Plaintiff's *pro se* status, the Court shall waive that requirement solely for this motion. If Plaintiff seeks reconsideration of any further orders of this Court, he must fully comply with Local Rule 7-9.

1 further information in Plaintiff's briefs or evidentiary submissions as to whether that sale went
2 forward and whether Plaintiff's vehicle has been sold.
3   In light of the issues raised by Plaintiff's motion for reconsideration, the Court
4 HEREBY ORDERS Defendants to file a response to that motion by no later than June 6, 2008
5 at 3:00 p.m.
6 Plaintiff is HEREBY ORDERED to serve a copy of this Order on all Defendants. Plaintiff may
7 file and serve a reply brief by no later than June 11, 2008 at 1:00 p.m. The Court will set a
8 hearing on the motion if it deems that a hearing is necessary.
9   **IT IS SO ORDERED.**
10 Dated: May 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

  v.

SGT. GEORGE LYTLE et al,

    Defendant.
    _____/

Case Number: CV08-01802 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: May 29, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk