William J. Whitsitt  
335 W. Clover Road  
Tracy, CA 95376  
(209) 221-1405

June 1, 2008

*[handwritten: C08-1802 JSW]*

*[handwritten: Proof of Service: of Order to Respond]*

**To the Fallowing Named Defendants:** **George Lytle # 761; Central Towing & Transport; COUNTY OF ALAMEDA Sheriffs Department; City of Dublin Police Services; TOW OPERATOR - Central Towing and Transporting:**

**Subject:** **Order from District Court: Order Requiring Response to Motion for Reconsideration.**

  To All the above Named Defendants I have Attached the Order of the Federal District Court from Honorable Jeffrey S. White dated 5-29-08: Oder Requiring Response To Motion for Reconsideration, received by me on 5-31-08. I was unable to Fax and Mail that Court Order to you earlier than today Monday 6-2-08. I am Faxing a Copy of this Notice and Order and I am serving it by Mail also to you. I have already served you a Copy of: Reconsideration Immediate Order Release of Vehicle Free of Charge....." And Brief in Support of Release of Vehicle and Supporting Evidence. You where Served a Copy of those Filings by Mail on 5-22-08.

  The District Court has Order you to Respond to my Motion for Immediate Release of my Vehicle Free of Charges by 3 PM on June 6th, 2008. **Failure to Respond to this Order will automatically be treated as Default and Summary Judgment for Release of Vehicle Free of Charges will result.**

  I also give you Notice that this will be used as Evidence in Support of my Section 1983 Claims and any other Future Claims against all Named Defendants. Further Notice: You had better Not have sold my Vehicle at the Lien Sale without a Forfeiture Hearing as Required by California Vehicle Code and Federal Rules of Forfeiture.

Respectfully Submitted:

**FILED**

JUN 3 2008

RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt  
Dated: June 1, 2008

# NOTICE OF SERVICE OF PROCESS

### NOTICE OF SERVICE BY MAILING AND FAX:

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE 2nd DAY OF ~~APRIL~~ June 2008, DID PERSONALLY SERVE BY FAX AND MAILING: THE CITY OF DUBLIN AND POLICE DEPARTMENT WITH THIS: ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION. I DID SERVE DUBLIN POLICE SERVICES AND CENTRAL TOWING AND TRANSPORTING - TOW AGENCY, COUNTY OF ALAMEDA SHERIFFS DEPARTMENT.

### POOF OF SERVICE BY FAX:

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE 2nd DAY OF ~~APRIL~~ June 2008, DID SERVE BY FAX: ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION DEMAND FOR TOW HEARING AND HEARING FOR FALSE AND UNLAWFUL ARREST AND OBJECTION TO SEIZURE AND HOLD UNLAWFULLY WITHOUT FOURTH AMENDMENT SEIZURE WARRANT AND FORFEITURE HEARING Second Notice. I DID FAX IT TO: DUBLIN POLICE SERVICES AT: 1(925) 828-2893 AT: 9 AM ON: 6-2-08 _WJW_; TO CENTRAL TOWING AND TRANSPORTING AT: 1(510)797-6359 AT: 8:45 AM ON: 6-2-08 _WJW_; TO COUNTY OF ALAMEDA SHERIFFS DEPARTMENT AT: 1-510-272-3796 AT: 9:00 AM ON: 6-2-08 _WJW_.

### PROOF OF SERVICE BY MAIL:

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE 2nd DAY OF ~~APRIL~~ June 2008, DID SERVE A TRUE COPY OF THIS: ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION BY MAIL. I DID DEPOSIT IT POSTAGE PREPAID VIA FIRST CLASS MAIL AT: 3 PM TRACY POST OFFICE ADDRESSED TO: CITY OF DUBLIN POLICE SERVICES, ATTN: SGT. GEORGE LYTLE, CITY OF DUBLIN, AT: 100 CIVIC PLAZA, DUBLIN, CA 94568. AT: CENTRAL TOWING AND TRANSPORTING - TOW AGENCY AT: 36849 San Pedro Drive, Fremont, CA 94536; Attn: Kelly Martinez - Civil Litigation, Internal Affairs Section, 1401 Lakeside Drive, 7th Floor, Oakland, California, 94612

RECEIVED
William White H
MAY 31 2008

ORIGINAL
FILED

MAY 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

SGT. GEORGE LYTLE, et al.

    Defendants.

No. C 08-01802 JSW

**ORDER REQUIRING RESPONSE TO MOTION FOR RECONSIDERATION**

    The Court has received Plaintiff's Motion for Reconsideration of this Court's Order, dated May 5, 2008, for an Immediate Order for Release of Vehicle Free of Charge of Towing and Storage Fees or Alternative Remedy Releasing Vehicle Until Matter of Vehicle is Decided.

    In his motion for reconsideration, Plaintiff clarifies the legal theories underpinning his Complaint.[1] Construed liberally and viewed in the light most favorable to Plaintiff, Plaintiff appears to assert that his due process rights have been violated because he has not been provided adequate notice and opportunity to be heard with respect to the allegedly unconstitutional seizure of his vehicle.

    In addition, with his motion, Plaintiff submits a Notice of Lien Sale that indicates a sale of Plaintiff's vehicle was scheduled for May 2, 2008 at 10:00 a.m. That evidence was not before the Court when it issued its May 5, 2008 Order denying Plaintiff's motion. There is no

---

[1] Pursuant to Northern District Civil Local Rule 7-9(a), "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motino." In light of Plaintiff's *pro se* status, the Court shall waive that requirement solely for this motion. If Plaintiff seeks reconsideration of any further orders of this Court, he must fully comply with Local Rule 7-9.

1  further information in Plaintiff's briefs or evidentiary submissions as to whether that sale went
2  forward and whether Plaintiff's vehicle has been sold.
3      In light of the issues raised by Plaintiff's motion for reconsideration, the Court
4  HEREBY ORDERS Defendants to file a response to that motion by no later than June 6, 2008
5  at 3:00 p.m.
6  Plaintiff is HEREBY ORDERED to serve a copy of this Order on all Defendants. Plaintiff may
7  file and serve a reply brief by no later than June 11, 2008 at 1:00 p.m. The Court will set a
8  hearing on the motion if it deems that a hearing is necessary.
9      IT IS SO ORDERED.
10  Dated: May 29, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE