## DECLARATION OF SERVICE

<u>Whitsitt v. Lytle, et al.</u>

Case No. C08-01802 JSW

I, Diseph Igoni, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On June 6, 2008, I served the following document(s):

**DEFENDANT COUNTY OF ALAMEDA'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Central Towing and Transport Tow Agency
Fremont- Main Office
36849 San Pedro Drive
Fremont, CA 94536

[X]  BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]  BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]  BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]  BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on June 6, 2008.

DISEPH IGONI

Declaration of Service, Case No., C08-01802 JSW