1  RICHARD E. WINNIE [68048]
   County Counsel
2  DIANE C. GRAYDON [164095]
   Deputy County Counsel
3  Office of the County Counsel County of Alameda
   1221 Oak St., Suite 450
4  Oakland, CA 94612
   Telephone:    (510) 272-6700
5  Facsimile:    (510) 272-5020

6  Attorneys for Defendant County of Alameda

7

                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | WILLIAM J. WHITSITT | Case No.:  C08-01802 JSW |

11 |                  Plaintiff, | |
   | vs. | DEFENDANT COUNTY OF ALAMEDA'S |
12 | | RESPONSE TO PLAINTIFF'S |
   | SGT. GEORGE LYTLE BADGE # 761; | MOTION FOR RECONSIDERATION |
13 | CENTRAL TOWING & TRANSPORT; | |
   | COUNTY OF ALAMEDA; CITY OF DUBLIN | |
   | POLICE SERVICES; TOW OPERATOR; and | Order dated: May 29, 2008 |
14 | 10 Unnamed Defendants. | |

15 |                  Defendants. | |

16

17        COMES NOW Defendant COUNTY OF ALAMEDA, by and through the Office of County

18 Counsel and in accordance with the Order of this Court,  hereby submits its Response to

19 Plaintiff WILLIAM J. WHITSITT's Motion for Reconsideration.

20                                **I. INTRODUCTION**

21        Plaintiff WILLIAM WHITSITT ("Plaintiff") has brought four separate lawsuits for

22 damages he claims arise out of the same arrest incident, to wit, that he was pulled over while

23 driving his Dodge Powerwagon ("Vehicle") by Dublin Police Services, and subsequently

24 arrested for driving without a license.  In connection with the arrest, the Vehicle was towed.

25        Plaintiff's voluminous and scattered nontraditional filings allege that the arrest, towing,

26 and storage of the Vehicle were constitutional violations.  This Court denied Plaintiff's previous

27 motion for release of the Vehicle. Plaintiff's most recent filing, to which he attached a Notice of

28

Lien Sale, indicated that the Vehicle was scheduled for sale. On this basis, Defendants were ordered by this Court to file a response to Plaintiff's motion for reconsideration. Defendant's file this Response without waiving any objections or defenses it may have in response to Plaintiff's Complaint.

## II. SUMMARY OF FACTS

On or about March 23, 2004, Plaintiff was pulled over by the Dublin Police Services ("DPS") while driving his 1971 Dodge Powerwagon (the "Vehicle"). A warrant check revealed that Plaintiff was operating a vehicle on a suspended license, and already had a warrant out for the same infraction. On this basis, officers placed Plaintiff under arrest and had the Vehicle impounded.

Plaintiff came to the DPS office the following day demanding the return of his Vehicle without charge. His request was denied because California law requires that the Vehicle be held for thirty days following such an arrest. At his request, DPS scheduled a Tow Hearing and mailed him the formal Notice of Tow Hearing.

The Tow Hearing was held on April 1, 2008. Plaintiff's appeal of the tow circumstances was denied at hearing on the determination that the underlying arrest and impoundment were valid. However, the hearing officer determined that Plaintiff's Notice of Tow Hearing had been mailed two days late, and so agreed to hold the Vehicle for only fifteen days instead of thirty.

Central Towing, the operator of the facility where the Vehicle was being stored, was a lienholder by statute. On or about April 1, 2008 Central Towing mailed Plaintiff a Notice of Stored Vehicle, and a Notice of Lien Sale indicating the sale was scheduled for May 2, 2008. It does not appear that Plaintiff completed the standard Declaration of Opposition which is to be mailed to the Department of Motor Vehicles in order to contest the proposed sale. Nonetheless, as of the date of filing, this answering Defendant is informed and believes that Central Towing has retained the Vehicle pending resolution of this matter.

## III. PROCEDURAL STATUS

On or about April 3, 2008, Plaintiff filed this Complaint for "Unlawful and Wrongful Seizure of My Vehicle Under Color of Law." (Docket No. 1) On or about April 25, 2008, Plaintiff filed a request for "Immediate Order of Release of Vehicle Free of Charge. (Docket No. 8) This Court denied Plaintiff's Request in its May 5, 2008 Order. (Docket No. 10) Plaintiff subsequently filed a Motion for Reconsideration, with Exhibits 1A, 1B, 1C, 1D, 2, 4, and 3, as well as an Index of Filings. (Docket No.'s 11 -16.)

On or about May 29, 2008, this Court issued its Order Requiring Response to Motion for Reconsideration. (Docket No. 17) On or about June 2, 2008 Plaintiff "served" Defendants with the Order, with a cover sheet indicating "Failure to Respond to this Order will automatically be treated as Default and Summary Judgment for Release of My Vehicle Free of Charges will Result. (A true and correct copy of document received from Plaintiff is attached hereto as Exhibit 1.) Defendants submit this Response with the caveat that its own investigation continues and, without waiving defenses or objections, thereby reserves the right to supplement this pleading as necessary and as more information becomes available.

## IV. ARGUMENT

### A. Dublin Police Effected a Valid Arrest and Seizure

Whenever a peace officer determines that a person was driving a vehicle while his or her driving privilege was suspended or revoked, the peace officer may either immediately arrest that person and cause the removal and seizure of that vehicle. (§14602.6(a)(1).) A vehicle so impounded shall be impounded for 30 days. (Id.)

Plaintiff was stopped while driving his Vehicle because the tow-bar was blocking the view of license plate (VC 5201) and the Vehicle had an inoperable tail light (VC 24603(b). (A true and correct copy of the police report is attached as Exhibit 2) The stop revealed Plaintiff had an outstanding warrant for driving on a suspended license (VC 14601.1(a).) (Id.) Plaintiff was arrested and taken into custody.

*Whitsitt v. Lytle et al, C08-01802 JSW*
*Defendants' Response to Plaintiff's Motion for Reconsideration*                    3

**B.  Dublin Police Seizure the Vehicle in Connection with Plaintiff's Arrest**

A peace officer who is engaged in directing traffic or enforcing parking laws and regulations, of a city, county, or jurisdiction of a state agency in which a vehicle is located, may remove a vehicle located within the territorial limits in which the officer or employee may act, under the following circumstances…(h)(1) When an officer arrests a person driving or in control of a vehicle for an alleged offense and the officer is, by this code or other law, required or permitted to take, and does take, the person into custody. (VC 22651(h)(1).)

Plaintiff, who was driving, was arrested for an outstanding warrant and was taken into custody.   Plaintiff was encountered while driving within the County of Alameda, and during the process of being pulled over, crossed over approximately 50 feet into Contra Costa County. DPS arrested Plaintiff and took him to Santa Rita Jail.  Per §14602.6(a)(1), DPS seized the Vehicle and had it impounded to Central Towing, which is located in County of Alameda.

**C.  Dublin Police Substantially Complied with the Notice of Impoundment
      Requirements**

Whenever an authorized member of a public agency directs the storage of a vehicle, as permitted by this chapter, or upon the storage of a vehicle as permitted under this section … the agency or person directing the storage shall provide the vehicle's registered and legal owners of record, or their agents, with the opportunity for a poststorage hearing to determine the validity of the storage. (VC 22852(a))  A notice of the storage shall be mailed or personally delivered to the registered and legal owners within 48 hours. (VC 22852(b))

The impounding agency, within two working days of impoundment, shall send a notice by certified mail, return receipt requested, to the legal owner of the vehicle, at the address obtained from the department, informing the owner that the vehicle has been impounded. Failure to notify the legal owner within two working days shall prohibit the impounding agency from charging for more than 15 days' impoundment when the legal owner redeems the impounded vehicle. (VC 14602.6(a)(2).)

---

*Whitsitt v. Lytle et al, C08-01802 JSW*
*Defendants' Response to Plaintiff's Motion for Reconsideration*                                          4

Plaintiff's vehicle was impounded on March 23, 2008. Plaintiff came to the DPS the following day upon his release from Santa Rita Jail, March 24, 2008, and requested the Vehicle be released. DPS refused, stating that a 30 day hold had been placed on the Vehicle. Plaintiff spoke with a DPS sergeant on duty and sent two demands for tow-hearings before receiving the statutory notice. The Notice was mailed on March 27, 2008 along with a letter of explanation. (Plaintiff's Exhibit 1A &1D, Docket No. 12.) However, because Plaintiff had already appeared at the DPS office and requested the hearing, such had been scheduled prior to the late mailing of Notice.

**D. Dublin Police Timely Held a Post-Storage Hearing at Plaintiff's Request**

The post-storage hearing shall be conducted within 48 hours of the request, excluding weekends and holidays. The public agency may authorize its own officer or employee to conduct the hearing if the hearing officer is not the same person who directed the storage of the vehicle. (VC 22852(b))

A DPS Traffic Unit Sergeant administered the hearing on April 1, 2008. The Sergeant agreed that the Notice was mailed two days late and so agreed to only hold the Vehicle for 15 days instead of the statutory 30 day period. He ordered that the Vehicle could be released to Plaintiff on April 7, 2008.

**E. Towing and Storage Liens are Held by Central Towing**

Impounding agencies obtain a lien for compensation for the towing and storage of vehicles they take into their possession. "Every person has a lien dependent upon possession for the compensation to which the person is legally entitled for towing, storage… of any vehicle subject to registration that has been authorized to be removed by a public agency… The lien is deemed to arise on the date of possession of the vehicle. Possession is deemed to arise when the vehicle is removed and is in transit, or when vehicle recovery operations or load salvage operations have begun." (Cal. Civ. Code § 3068.1(a).)

Central Towing, as the impounding agency, is the lienholder. As such, DPS are unable to simply order Central Towing to release the Vehicle to Plaintiff without charge. Defendants are

informed and believe that Central Towing mailed Plaintiff a Notice of Stored Vehicle/ Amnesty Offer on April 1, 2008. (Plaintiff's Exhibit 1B, Docket No. 12.)  It does not appear that Plaintiff responded to the Notice by completing and returning the form provided.

**F.  Plaintiff Has Failed to Comply with Lien Sale Notice and Opposition Procedures**

If the vehicle has been determined to have a value not exceeding four thousand dollars ($4,000), the lien shall be satisfied pursuant to Section 3072. Lien sale proceedings pursuant to Section 3072 shall commence within 15 days of the date the lien arises. No storage shall accrue beyond the 15-day period unless lien sale proceedings pursuant to Section 3072 have commenced. The storage lien may be for a period not exceeding 60 days if a completed notice of a pending lien sale form has been filed pursuant to Section 3072 within 15 days after the lien arises. Notwithstanding this 60-day limitation, the storage lien may be for a period not exceeding 120 days if any one of the following occurs: ... A Declaration of Opposition is filed with the department pursuant to Section 3072. (Cal. Civ. Code § 3068.1(b((1).)

If a court hearing is desired, a Declaration of Opposition form, signed under penalty of perjury, shall be signed and returned to the department within 10 days of the date the Notice of Pending Lien Sale form was mailed. (Cal. Civ. Code § 3072(c).)  If the Declaration of Opposition form is signed and returned, the lienholder shall be allowed to sell the vehicle only if he or she obtains a court judgment or if he or she obtains a subsequent release from the declarant or if the declarant cannot be served as described in subdivision (e). (Cal. Civ. Code § 3072(d).

Central Towing mailed a Notice of Pending Lien Sale on April 1, 2008. (Plaintiff's Exhibit 1C, Docket No. 12.)  The sale was scheduled for May 2, 2008. Plaintiff does not attach a completed Declaration of Opposition, or state whether he complied with the requirement that he complete the Declaration of Opposition and mail it to the DMV. It does not appear that he did. Thus, any sale may go forward.

**G.  Present Disposition of the Vehicle**

Defendants are informed and believe that Central Towing has retained the vehicle pending resolution of this matter.

*Whitsitt v. Lytle et al, C08-01802 JSW*
*Defendants' Response to Plaintiff's Motion for Reconsideration*                                    6

**H. Plaintiff's Constitutional Challenges Are Without Merit**

Plaintiff presents a series of allegations throughout his pleadings contending that, for example, the Tow Hearing Process is facially invalid because a tow-hearing before a Judge is not provided *before* a vehicle is seized. (Docket No. 13, Exhibit 2)  He further contends that the state law requirement that a vehicle be held for 30 days following an arrest is unconstitutional because it is a warrantless seizure. (Id.)  The pleading are rife with allegations that Plaintiff was not provided with his right to Constitutional Right to Notice and Opportunity to Defend. (Id, pg 2)

Given Plaintiff's numerous pleadings on file, in both this action, and the other three lawsuits related to this action, Defendant is unable to provide a thorough reply of *all* allegations, and submits this Response to Plaintiff's Motion for Reconsideration only.

### V. CONCLUSION

Defendants were forced to file this rapid response without the benefit of sufficient time to fully investigate this matter.  Plaintiff has filed at least four similar actions relating to the arrest and seizure of his vehicle. As the Court may appreciate, the non-traditionally worded pleadings allege a vast array of constitutional deprivations, which cannot be answered without a full assessment of all pleadings and records on file.  As such, Defendants intend to file their responsive pleadings to Plaintiff's Complaint per the Federal Rules of Civil Procedure once they are properly served.

DATED: June 5, 2008

RICHARD E. WINNIE
County Counsel in and for the County of Alameda, State of California


By
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendants

# EXHIBIT   "1"

**To Defendant County of Alameda's Response to Plaintiff's Motion for Reconsideration, *Whitsitt v. Lytle, et al.* Superior Court Case No. C08-01802 JSW**

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**VEHICLE REPORT** ＋＃ 30 DAY HOLD PER VC 14601.1 ＋＃
CHP 180 (Rev. 12-06) OPI 062

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. |
|---|---|---|---|---|
| DUBLIN POLICE SERVICES | 0100 A | 32308/1443 | ☐ | D08-0890 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☒YES ☐NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| DOUGAR & INTERLOCK AVE | 55346 | LIC. CLEAR IN SVS? ☒YES ☐NO | 032308/1443 | |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☐ONE ☒TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| 1971 | DODGE | POLICEWAGON | 2D | WHITE | 96291 H | | 02/09 | CA |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☒OFFICER ☐OWNER |
|---|---|---|
| E1 4 A E 1 53 20 73 6 | | ☐0-300 ☐301-4000 ☐4001+ ☒UNK |

REGISTERED OWNER ☒ SAME AS R/O          LEGAL OWNER

WILLIAM J WHITSITT
335 W CLOVER RD
TRACY CA 95376

| ☒ STORED | ☐ IMPOUNDED | ☐ RELEASED | ☐ RECOVERED - VEHICLE / COMPONENT |
|---|---|---|---|

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| CENTRAL TOWING & TRANSPORT 3732 OLD SANTA RITA RD, PLEASANTON  925-828-3000 | 22651(H) DRIVER ARRESTED |

| TOWED TO / STORED AT | AIRBAG? | DRIVEABLE? | VIN SWITCHED? |
|---|---|---|---|
| SAME AS ABOVE | ☐YES ☒NO ☐1 ☐2 | ☒YES ☐NO ☐JUNK ☐UNK | ☐YES ☒NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | X | SEAT (FRONT) | X | | REGISTRATION | X | | CAMPER | | X | LEFT FRONT | FAIR |
| BURNED HULK per 431(c) VC | | X | SEAT (REAR) | | X | ALT. / GENERATOR | X | | VESSEL AS LOAD | | X | RIGHT FRONT | FAIR |
| VANDALIZED | | X | RADIO | X | | BATTERY | X | | FIREARMS | | X | LEFT REAR | FAIR |
| ENG. / TRANS. STRIP | | X | TAPE DECK | | X | DIFFERENTIAL | X | | OTHER | | X | RIGHT REAR | FAIR |
| MISC. PARTS STRIP | | X | TAPES | | X | TRANSMISSION | X | | | | | SPARE | FAIR |
| BODY METAL STRIP | | X | OTHER RADIO | | X | AUTOMATIC | | X | | | | HUB CAPS | NO |
| SURGICAL STRIP per 431(b) VC | | X | IGNITION KEY | X | | MANUAL | | | | | | SPECIAL WHEELS | NO |

| RELEASE VEHICLE TO: | ☐ R/O OR AGENT | ☐ AGENCY HOLD | ☐ 22850.3 VC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
|---|---|---|---|---|---|
| | | | | [signature] A. Gaza | 3/32/07  15:02 |

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE |
|---|---|---|

CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE

SIGNATURE OF PERSON TAKING POSSESSION

| ☐ STOLEN VEHICLE / COMPONENT | ☐ EMBEZZLED VEHICLE | ☐ PLATE(S) REPORT |
|---|---|---|

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P ( ) |
|---|---|---|---|

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT

SIGNATURE OF PERSON MAKING REPORT

### REMARKS
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? | REPORTED BY | CARGO / TYPE? | VALUE $ |
|---|---|---|---|---|
| WILLIAM WHITSITT | ☒YES ☐NO 14601(A) | A GAZA  1340 | ☐YES ☒NO | ☐ BILL OF LADING ATTACHED |

WHILE DRIVING ON ALCOSTA BLVD I NOTICED WHITSITT'S VEHICLE HAD A BRAKE LIGHT THAT DID NOT WORK & HIS LICENSE PLATE WAS OBSTRUCTED. AFTER CONTACTING WHITSITT IT WAS DETERMINED BY DISPATCH WHITSITT HAD A BIO, 510 WARRANT FOR 14601(A), DRIVING ON SUSPENDED LICENSE. DRIVER IS R/O THEREFORE 30 DAY HOLD PER VC 14601.

| FRONT | LEFT SIDE | RIGHT SIDE | REAR | TOP |
|---|---|---|---|---|

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 VC? | DATE NOTIFIED |
|---|---|---|---|---|
| A. GAZA  1340 | 6-0943 | [signature] | ☒YES ☐NO | 03208 |

OSP 06 99591                                                                                     c180_c06.frp

ALAMEDA COUNTY CONSOLIDATED ARREST REPORT    **ALAMEDA COUNTY SHERIFF'S DEPARTMENT    00100**

| 1. DEFENDANT'S TRUE NAME   (Leave Blank) | | | 2. PFN<br>Aud059 | 3. R. NUMBER<br>D08-00990 | SEND VERIFICATION TO: |
|---|---|---|---|---|---|
| 4. DEFENDANT'S LAST NAME         FIRST         MIDDLE         GEN<br>WHITSITT, WILLIAM J. | | | | 5. ARREST NUMBER<br>2008-000510 | |
| 6. AKA / NICKNAME | | | | 7. AJIS NUMBER | |

| 8. DOB<br>10/03/1954 | POB | HEIGHT<br>6'00 | WEIGHT<br>230 | HAIR<br>BRO | EYES<br>HAZ | RACE<br>W | SEX<br>M | 9. LOCAL USE |
|---|---|---|---|---|---|---|---|---|
| 10. ARREST DATE<br>03/23/2008 | | 11. ARREST TIME<br>14:43 | 12. SALIENT CHARACTERISTICS (SMT'S) | | | | | |

| 13. HOME ADDRESS                CITY                STATE        ZIPCODE<br>335 W. Clover Road, TRACY, CA 95376 |
|---|
| 14. BUSINESS ADDRESS / SCHOOL         CITY            STATE        ZIPCODE<br>Unemployed, Unemployed |

| 15. HOME PHONE<br>(209)221-1405 | 16. DRIVERS LICENSE #<br>N2027407 | 17. SOCIAL SEC #<br>█████████ | 18. MISC ID # |
|---|---|---|---|
| 19. BUSINESS PHONE | 20. OCCUPATION | 21. CLOTHING<br>white shoes, grey shorts, white shirt | |

| 22. CODE SECTION (Use sub-section) | 23. M/F | 24. COURT | 25. CIR | 26. WARRANT # | 27. CEN | 28. BAIL | |
|---|---|---|---|---|---|---|---|
| LOCAL WARRANT | M | 1435 | | 125423 | | 2500.00 | ID CONFIRMED TO PFN  ☐ NEW PFN |
| 14601.1 (A) VC | M | 1435 | | | | | ID CONFIRMED BY |
| | | | | | | | CII NO. |
| | | | | | | | FBI NO. |
| | | | | | | | CHECKS<br>☐ PIN  ☐ NCIC  ☐ UPDATED |
| | | | | | | | CASH AT BOOKING |
| | | | | | | | COURT DATE/TIME |

| 29. LOCATION OF ARREST<br>Alcosta Bl / Davona Dr , Ca | ☐ DOMESTIC VIOLENCE | TOTAL BAIL:<br>☐ BAIL POSTED  2500.00 |
|---|---|---|
| 30. ARRESTING OFFICER                NO.<br>Garth, Aaron                102501 | 31. TRANSPORTING OFFICER            NO. | SIGNATURE OF PERSON TAKING PRINTS |
| 32. CO-DEFENDANT | 33. CO-DEFENDANT | SIGNATURE OF PERSON PRINTED<br>X |

| 34. VEHICLE LICENSE #<br>96291H | STATE<br>CA | YEAR<br>1971 | MAKE<br>DODG | MODEL<br>PRM | COLOR<br>WHI | 35. TOWED TO<br>Not Towed | 36. TOW TAG | HOLD FOR |
|---|---|---|---|---|---|---|---|---|

37.                        I HEREBY ARREST THE ABOVE DEFENDANT ON THE CHARGE INDICATED AND REQUEST A PEACE OFFICER TAKE HIM/HER INTO CUSTODY.
                         I WILL APPEAR WHEN NOTIFIED TO SIGN A COMPLAINT AGAINST THE PERSON I HAVE ARRESTED.

| 38. SIGNATURE OF ARRESTING CITIZEN | 39. ARRESTING CITIZEN'S HOME ADDRESS | 40. HOME PHONE |
|---|---|---|
| 41. ARRESTING CITIZEN'S NAME      RACE  SEX  AGE | 42. ARRESTING CITIZEN'S BUSINESS ADDRESS | 43. BUS PHONE |

| 44. PERSON TO BE NOTIFIED        JUV ☐      EMERGENCY ☒<br>ROBERT HOWARD | 45. RELATIONSHIP<br>FRIEND | 46. HOME PHONE        BUS. PHONE<br>(209) 830-7377 | 47. DATE/TIME NOTIFIED |
|---|---|---|---|
| 48. ADDRESS OF PERSON TO BE NOTIFIED            CITY<br>1763 RAYWISE LANE, TRACY, CA 95376 | | STATE | 49. LOCAL AGENCY USE      INVOKED MIRANDA RIGHTS ☐ |

| 50. NARRATIVE<br>SEE REPORT |
|---|

| 52. REASON FOR RELEASE / JUV DISPO<br>Misdemeanor Arrest | 53. OFFICER OUTGOING            DATE TIME | 54. PRISONER SIGNATURE OUTGOING<br>X | 55. SUPERVISOR<br>Lytle                102635 |
|---|---|---|---|

# INCIDENT / CRIMINAL REPORT

**INCIDENT DATA**

| Agency Name | | |
|---|---|---|
| *Dublin Police Services* | | **CASE NO** D08-00990 |

**ORI** *CA0013000*

**Date / Time Reported** *SU Mar 23, 2008* *14:21*

| | Crime Incident | UCR: 999 | Local Statute: LOCAL | ☐ Att ☑ Com |
|---|---|---|---|---|
| **#1** | *LOCAL WARRANT - MISD* | | | |

**Occurred between** *SU Mar 23, 2008* *14:21*
**and** *SU Mar 23, 2008* *14:21*

| | Crime Incident | UCR: | Local Statute: | ☐ Att ☐ Com |
|---|---|---|---|---|
| **#2** | | | | |

| | Crime Incident | UCR: | Local Statute: | ☐ Att ☐ Com |
|---|---|---|---|---|
| **#3** | | | | |

**Domestic Violence** ☐

**Location of Occurrence** *Alcosta Bl / Davona Dr, San_ramon, CA*

**Premise Type** *Highway/Street/Road/Alley*

**Offense Tract**

**MO**

**Weapon / Tools** *None*

**Forcible Entry** ☐ Yes  ☐ No  ☑ N/A

**VICTIM**

**# Victims** *1*  **Type** Person  **Injury** None

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # *1* | Age / DOB *00* | Race *U* | Sex *U* |
|---|---|---|---|---|---|
| **V1** | *State Of California* | Relationship to Offender | | | |

| Home Address | | SSN# | Home Phone | Cell # |
|---|---|---|---|---|
| | | | | |

**Employer Name/Address** — **Business Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | State | DL/ID# | State |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**INVOLVED PERSONS**

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB *00* | Race *W* | Sex *M* |
|---|---|---|---|---|---|
| **IP1** | *Belfer, J #997* | | | | |

| Home Address *Confidential* | | SSN# | Home Phone | Cell # |
|---|---|---|---|---|
| | | | | |

**Employer Name/Address** *Acso / 1401 LAKESIDE DRIVE 12TH FLOOR OAKLAND*  **DL/ID#**  **State**  **Business Phone**

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB *00* | Race *W* | Sex *F* |
|---|---|---|---|---|---|
| **IP2** | *Schott, J # 1693* | | | | |

| Home Address | | SSN# | Home Phone | Cell # |
|---|---|---|---|---|
| | | | | |

**Employer Name/Address** *Acso / 1401 LAKESIDE DR 12TH FLOOR*  **DL/ID#**  **State**  **Business Phone**

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

| Home Address | | SSN# | Home Phone | Cell # |
|---|---|---|---|---|
| | | | | |

**Employer Name/Address** — **DL/ID#**  **State**  **Business Phone**

**PROPERTY**

**Status Codes** L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found  U = Unknown  E = Evidence  (Check "OJ" column if recovered for other jurisdiction)

| Victim# | UCR | Status - Date | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ID**

| Deputy | *(102501) GARTH, AARON* | Approving Supervisor | *(102635) LYTLE, GEORGE C* |
|---|---|---|---|

**Case Status:** *Further Investigation*
*March 23, 2008*

**Case Disposition:**

# Incident / Criminal Report

*Dublin Police Services*

CASE NO: *D08-00990*

| Status Codes | L = Lost    S = Stolen    R = Recovered    D = Damaged    Z = Seized    B = Burned    C = Counterfeit / Forged    F = Found    U = Unknown |
|---|---|

| | State Code | Quantity | Type Measure | Suspected Drug Type | |
|---|---|---|---|---|---|
| **D R U G S** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **SU1** | **Name (L, F M)** *Whitsitt, William J.* | **AKA** | **Home Address** *335 W. Clover Road, Tracy, CA 95376* | **SSN#** [redacted] | **Home Phone** *(209) 221-1405* |

| **Occupation** | **Business Address** *Unemployed / UNEMPLOYED* | **Cell #** | **Business Phone** |
|---|---|---|---|

| **DOB. / Age** *10/3/1954*    53 | **Race** *W* | **Sex** *M* | **Hgt** *6'00* | **Wgt** *230* | **Build** | **Hair Color** *Brown* | **Eye Color** *Hazel* |
|---|---|---|---|---|---|---|---|

| | | **Hair Style** | **Hair Length** | **Glasses** |
|---|---|---|---|---|

**Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)**

| **Hat** | **Shirt/Blouse** | **Coat/Suit** | **Socks** |
|---|---|---|---|
| **Jacket** | **Tie/Scarf** | **Pants/Dress/Skirt** | **Shoes** |

| **Was Suspect Armed?** | **Type of Weapon** | **Direction of Travel** | **Mode of Travel** |
|---|---|---|---|

| **VYR** | **Make** | **Model** | **Style/Doors** | **Color** | **Lic** | **State** | **DL/ID#** *N2027407* | **State** *CA* |
|---|---|---|---|---|---|---|---|---|

**Suspect Hate / Bias Motivated:** ☐ Yes  ☑ No    **Type:**

## Incident / Criminal Report

*Dublin Police Services*

| CASE NO: *D08-00990* |
| --- |

**Officer's Narrative**

On Sunday, 032308, about 1443 hours, I was in full uniform in a marked patrol vehicle driving southbound on Alcosta Blvd. While driving southbound on Alcosta Blvd. I saw a white Dodge Powerwagon, California license plate later determined to be #96291H.  I saw a trailer ball partially obscuring the rear license plate, a violation of V.C. 5201.  When the driver applied his brakes I also noticed his driver side brake light was inoperable, a violation of V.C. 24603(b).  Using the red and blue emergency lights and siren of the patrol vehicle, I conducted a traffic stop on the Dodge for violation of V.C. 5201 and for violation of 24603(b). The Dodge pulled to the right side of Davona Drive just north of the intersection of Davona Drive and Alcosta Boulevard and the following occurred.

I contacted the driver and sole occupant of the Dodge and explained to him the reason I stopped his vehicle. I asked the driver for his California Driver License (C.D.L.), the registration to the vehicle, and proof of insurance.  The driver identified himself with a California Identification Card as William WHITSITT.  I asked WHITSITT if his C.D.L. was currently suspended and he told me that it was because of tickets he had not paid for.

I requested Sheriff`s Radio conduct a C.D.L. and warrant check on WHITSITT.  Sheriff`s Radio advised me the status of WHITSITT`s C.D.L. was suspended and or revoked.  WHITSITT`s C.D.L. was suspended and or revoked on 090105 and the authority for the suspension and or revocation of his C.D.L. is V.C 13365, service "A," certified mail.  Based on WHITSITT`s knowledge that his C.D.L. was suspended and or revoked, coupled with the information I received from Sheriff`s Radio confirming the suspension and or revocation, I placed WHITSITT under arrest for violation of V.C. 14601.1 (a), knowingly driving a motor vehicle with a suspended and or revoked C.D.L.  Sheriff`s Radio also advised me WHITSITT had an outstanding warrant for 14601.1(A) V.C., driving on a suspended license, in the amount of $2,500.00 out of Alameda County.  The warrant was confirmed by Manuel at C.C.R. and WHITSITT was taken into custody and later booked at Santa Rita Jail.

The Dodge WHITSITT had been driving was towed pursuant to 22651(h) V.C., driver of vehicle arrested.  A 30 day hold was placed on the Dodge pursuant to 14602.6(a).  See attached CHP-180 for further information.

I am submitting this report to the District Attorney`s Office for criminal complaint, charging WHITSITT with violation of 14601.1(a), driving on a suspended license.

## Incident / Criminal Report

| | |
|---|---|
| *Dublin Police Services* | CASE NO: *D08-00990* |

**Officer's Supplement**

| Officer | *1002331* | Date / Time Reported. *SU Mar 23, 2008* | *14:21* |
|---|---|---|---|

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

## Incident / Investigation Report

*Dublin Police Services*

OCA: *D08-00990*

Attached Picture: car,warrant

| ALAMEDA COUNTY CONSOLIDATED ARREST REPORT | ALAMEDA COUNTY SHERIFF'S DEPARTMENT  00100 |
|---|---|

| 1. DEFENDANT'S TRUE NAME (Leave Blank) | 2. PFN | 3. REPORT NUMBER | SEND VERIFICATION TO: |
|---|---|---|---|
| | | D08-0990 | |

4. DEFENDANT'S LAST NAME: WHITSITT  FIRST: WILLIAM  MIDDLE: J  GE:  5. ARREST NO.

6. AKA / NICK'NAME:

7. AJIS NUMBER:

| 8. DOB | POB | HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | 9. LOCAL USE |
|---|---|---|---|---|---|---|---|---|
| 10/03/1954 | CA | 600 | 230 | BRO | HZL | W | M | |

10. ARREST DATE: 3/23/08   11. ARREST TIME: 1443   12. SALIENT CHARACTERISTICS (SMT'S): NONE SEEN

13. HOME ADDRESS: 335 W CLOVER RD   CITY: TRACY   STATE: CA   ZIP CODE: 95376

14. BUSINESS ADDRESS / SCHOOL: UNEMPLOYED   CITY:   STATE:   ZIP CODE:

15. HOME PHONE: 209-221-1405   16. DRIVER'S LICENSE #: N2027407   17. SOCIAL SEC #:   18. MISC ID #:

19. BUSINESS PHONE: NONE   20. OCCUPATION: NONE   21. CLOTHING: WHITE SHOES, GRAY SHORTS, WHITE SHIRT

| 22. CODE SECTION (Use sub-section) | 23. M/F | 24. COURT | 25. CIR | 26. WARRANT # | 27. CEN | 28. BAIL | ID CONFIRMED TO PFN |
|---|---|---|---|---|---|---|---|
| 14601.1(A) | M | 01435 | 5 | 125473 | | $2,500 | ☐ NEW PFN |
| 14601.1(A) | M | 01435 | 1 | | | | ID CONFIRMED BY |
| | | | | | | | |
| | | | | | | | CII NO. |
| | | | | | | | FBI NO. |
| | | | | | | | CHECKS ☐ PIN ☐ NCIC ☐ UPDATED |
| | | | | | | | CASH AT BOOKING |
| | | | | | | | COURT DATE / TIME |

29. LOCATION OF ARREST: DANONA C INTERLOCK AVE / SAN RAMON   TOTAL BAIL: ☐ BAIL POSTED

30. ARRESTING OFFICER: A. CARLT   NO. 1340

31. TRANSPORTING OFFICER: J. SCHOTT   NO. 1693

SIGNATURE OF PERSON TAKING PRINTS

32. CO-DEFENDANT:   33. CO-DEFENDANT:   SIGNATURE OF PERSON PRINTED  X

| 34. VEHICLE LICENSE # | STATE | YEAR | MAKE | MODEL | COLOR | 35. TOWED | 36. TOW TAG | HOLD FOR |
|---|---|---|---|---|---|---|---|---|
| 962914 | CA | 1971 | DODGE | PICKUP/WAGON | WHITE | 2765/(4) | | |

37. I HEREBY ARREST THE ABOVE DEFENDANT ON THE CHARGE INDICATED AND REQUEST A PEACE OFFICER TAKE HIM / HER INTO CUSTODY. I WILL APPEAR WHEN NOTIFIED TO SIGN A COMPLAINT AGAINST THE PERSON I HAVE ARRESTED.

38. SIGNATURE OF ARRESTING CITIZEN   39. ARRESTING CITIZEN'S HOME ADDRESS   40. HOME PHONE

41. ARRESTING CITIZEN'S NAME   RACE SEX AGE   42. ARRESTING CITIZEN'S BUSINESS ADDRESS   43. BUS. PHONE

44. PERSON TO BE NOTIFIED: ROBERT HOWARD   JUV ☐  EMERGENCY ☐   45. RELATIONSHIP: FRIEND   46. HOME PHONE: 209-830-7377   BUS. PHONE:   47. DATE / TIME NOTIFIED

48. ADDRESS OF PERSON TO BE NOTIFIED: 1763 RAMLYSE LN   CITY: TRACY   STATE: CA   49. LOCAL AGENCY USE

50. NARRATIVE:

SEE REPORT

| 52. REASON FOR RELEASE/JUV DISPO | 53. OFFICER OUTGOING | DATE / TIME | 54. PRISONER SIGNATURE OUTGOING | 55. SUPERVISOR |
|---|---|---|---|---|
| | | | X | |

# EXHIBIT  "2"

**To Defendant County of Alameda's Response to Plaintiff's Motion for Reconsideration, *Whitsitt v. Lytle, et al.* Superior Court Case No. C08-01802 JSW**

# Tracy WorkNet Center

213 West 11th Street, Tracy, CA 95376
Tel: (209) 833-1028
Fax: (209) 833-1027



# *Fax*

Attn: Kelly Martinez

**To:** Alameda County Sheriff Office   **From:** William J Whitsitt

**Fax:** 1 510 272 3796   **Phone:** 209 221 1405

**Phone:** _____   **Date:** 6-2-08

**Re:** Order to Respond   **Pages:** 4
From U.S. Dist Court

☑ Urgent   ☐ Review   ☐ Comment   ☐ Reply   ☐ Recycle

**Messages:**

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376
(209) 221-1405

June 1, 2008

Case No: C08 01802 JSW

**To the Fallowing Named Defendants: George Lytle # 761; Central Towing & Transport; COUNTY OF ALAMEDA Sheriffs Department; City of Dublin Police Services; TOW OPERATOR - Central Towing and Transporting:**

**Subject: Order from District Court: Order Requiring Response to Motion for Reconsideration.**

To All the above Named Defendants I have Attached the Order of the Federal District Court from Honorable Jeffrey S. White dated 5-29-08: Oder Requiring Response To Motion for Reconsideration, received by me on 5-31-08. I was unable to Fax and Mail that Court Order to you earlier than today Monday 6-2-08. I am Faxing a Copy of this Notice and Order and I am serving it by Mail also to you. I have already served you a Copy of: Reconsideration Immediate Order Release of Vehicle Free of Charge.....” And Brief in Support of Release of Vehicle and Supporting Evidence. You where Served a Copy of those Filings by Mail on 5-22-08.

The District Court has Order you to Respond to my Motion for Immediate Release of my Vehicle Free of Charges by 3 PM on June 6th, 2008. **Failure to Respond to this Order will automatically be treated as Default and Summary Judgment for Release of Vehicle Free of Charges will result.**

I also give you Notice that this will be used as Evidence in Support of my Section 1983 Claims and any other Future Claims against all Named Defendants. Further Notice: You had better Not have sold my Vehicle at the Lien Sale without a Forfeiture Hearing as Required by California Vehicle Code and Federal Rules of Forfeiture.

Respectfully Submitted:

*William J Whitsitt*

William J. Whitsitt
Dated: June 1, 2008

DECLARATION OF SERVICE

<u>Whitsitt v. Lytle, et al.</u>

Case No. C08-01802 JSW

I, Diseph Igoni, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On June 9, 2008, I served the following document(s):

**DEFENDANT COUNTY OF ALAMEDA'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

on the following parties:

William J. Whitsitt                       Daphne C. Lin, Esq.
335 W. Clover Road                        Trump, Alioto, Trump & Prescott, LLP
Tracy, CA 95376                           2201 Walnut Ave. Ste. 200
                                          Fremont, CA 94538
*Plaintiff, Pro Se*
                                          *Attorneys for Central Towing and Transport*

[X]     BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[]      BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[]      BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[]      BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on June 9, 2008.

DISEPH IGONI

*Declaration of Service, Case No., C08-01802 JSW*