1  WILLIAM J. WHITSITT
   335 W. CLOVER ROAD
2  TRACY, CA 95376
   (209) 221-1405
3  WHITSITTW@GMAIL.COM
4
   IN PROPRIA PERSONA

FILED Courts Original

08 JUN 11 AM 11: 48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT<br>(PLAINTIFF)<br><br>---------------VS---------------<br><br>Sgt. George Lytle Badge # 761<br><br>Central Towing & Transport -TOWING STORAGE CO.<br><br>COUNTY OF ALAMEDA<br><br>City of Dublin Police Services<br><br>TOW OPERATOR - CENTRAL TOWING & TRANSPORTING.<br><br>10 UNNAMED DEFENDANTS<br>(DEFENDANTS) | <u>Case No</u>: **C08-01802 JSW**<br><br>**RELEASE OF VEHICLE**<br>**EXHIBIT - 5A**<br>**TOW HEARING FACTUAL STATEMENTS OF FACT** |

I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS FILED IN THIS INDEX OF FILINGS REPLY BRIEF TO DEFENDANTS RESPONSE TO IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER.

RESPECTFULLY SUBMITTED

*[signature]*
WILLIAM J. WHITSITT
DATED: May 22, 2008

# (Exhibit 5A)

## TOW HEARING FACTUAL STATEMENTS

This is the Factual Statements that I wrote down for the Tow Hearing Held April 1st, 2008: At about 2PM.

They finally agreed to have a Tow Hearing after (9) days my Vehicle (Private Property has been Ordered Held (Seized) by the Named Police Officer. On **April 1st, 2008 at 2PM** I Entered Dublin Police Department for a **Tow Hearing**. I brought my Friend Bob Howard who had Testimony to provide at the Hearing. Here is Excerpts from that Tow Hearing.

[1]**Tow Hearing Officer:** Who is he?
**ME:** "He is my friend Bob Howard, he has Testimony to offer as Evidence"
THO: "He is not allowed in this Hearing, he will have to leave, and wait outside." "There are No Witnesses allowed at my Tow Hearings."
THO: "He will have to wait outside."
Me: "I do Object Timely" "I do have the Right to Present Evidence in Support of an Wrongful Tow Action."
"What about the Fourth Amendment Seizure Requirement?" "What about the Fourteenth Amendment Due Process Requirement?" I OBJECTED AGAIN 2 MORE TIMES.
THO: Not at this Tow Hearing, we have already decided that our Action to Hold your Vehicle is Valid and we are Not going to Change our Decision." You have No Remedy here and Recourse on the Hold of your Vehicle." "California Law does Not Provide a Hearing to Determine Validity of <u>Section 14601.2 of Vehicle Code</u>, Hold. "We have received all you Documentation of over 20 pages in 4 Notices and Demands that where received." " That Code does NOT afford you the Right to Contest the Hold." "The Fourth Amendment does Not Apply to the California Vehicle Code."
Me: "Did you read those Served Document?" "What about the Fourth Amendment Seizure Requirement?"
"What about the Fourteenth Amendment Due Process Requirement?"
THO: "He just stated again that we received them."
I believe that is the Section Number he Quoted."
THO: Do you have anything else to offer us.?"
Me: I have 3 Affidavits plus my Testimony that will support that the Police Officers pulled me over in City of San Ramon and County of Contra Cost clearly outside of City of Dublin and County of Alameda Jurisdiction." The Affidavits from: Steve Swift; Michael Swift; Rick Lincoln, are Evidence and Proof that My Vehicle was Towed outside of City of Dublin and Alameda County Authority and Jurisdiction"
THO: I will accept that and hand to my Legal Staff. Can we have those originals or can we make a copy of them." I believe we have a difference of Opinion on our City Limits and County Limits of Authority and Jurisdiction.
Me: You may make a Copy of those Affidavits from: Steve Swift; Michael Swift; Rick Lincoln. "I also state doesn't Probable Cause also determine Validity of Tow?" According to U.S. v. James Daniel Good Real Property." "I must be afforded a full Forfeiture type Hearing which Requires a Full Probable Cause and Evidentiary Hearing with Cross Examination of Police Officers and Witnesses Testimony." "What about the Fourth Amendment Seizure Requirement?"
"What about the Fourteenth Amendment Due Process Requirement?"
THO: "Not at a Section 14601.2 Vehicle Code Hold, Tow Hearing." "We have made determination to hold your

---

[1]<u>Tow Hearing Officer will be:</u> THO.   <u>Me:</u> is Me the Plaintiff William J. Whitistt

**Exhibit 5-A Tow Hearing Conversation.**                                                  Page 1 of 2

Vehicle for (30) days and you have No Recourse or Remedy.: This Code does Not Afford a Hearing (<u>14601.2 California Vehicle Code</u>).

    **Me**: "I OBJECT Timely." "What are we having this Tow Hearing for then?" " *What about the Fourth Amendment Seizure Requirement?*" *"What about the Fourteenth Amendment Due Process Requirement?"*

    **THO**: Because you asked for a Tow Hearing."

    **Me**: "I again OBJECT timely." "This so-called Tow Hearing does not Afford me the Right to Challenge Probable Cause and it does Not Satisfy Due Process Cross Examination Requirement.

    **THO**: We have decided to shortened the time from (30) day Hold to a (15) days you may pick up the Truck on April 8. Just pay the $ 150.00 Administration Fee. Then you will have to work out with the Tow Company the Tow and Storage Fees.

    **Me**: "I OBJECT again that this Hearing does Not satisfy Forfeiture and Probable Cause Requirements."

    **THO**: He stated again that they will shorten the (30) day Hold to (15) day Hold. You may pick up Vehicle up on April 8th, 2008. Do you have anything else to add?"

    **Me**: "I OBJECT Timely again."

    **THO**: "Then this Hearing is over."

The **Tow Hearing on April 1st, 2008**, lasted for about 20 minutes. He the Hearing Officer stated 2 times that the (14601.2 California Vehicle Code Hold) does Not Afford you the Right to a Hearing to Contest the Hold or Probable Cause for the Hold.

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE ___ DAY OF MARCH, 2008 DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

**Exhibit 5-A Tow Hearing Conversation.**　　　　　　　　　　　　　　　Page 2 of 2