1  WILLIAM J. WHITSITT
2  335 W. CLOVER ROAD
   TRACY, CA 95376
3  (209) 221-1405
   WHITSITTW@GMAIL.COM
4
   IN PROPRIA PERSONA

FILED Courts Original

08 JUN 11 AM 11:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT (PLAINTIFF) | Case No: **C08-01802 JSW** |
| ----------------VS-------------- | |
| Sgt. George Lytle Badge # 761 | **RELEASE OF VEHICLE** |
| Central Towing & Transport -TOWING STORAGE CO. | **EXHIBIT - 5B** |
| COUNTY OF ALAMEDA | **CONVERSATION WITH GEORGE LYTLE NO 761 ON: 3-24-08** |
| City of Dublin Police Services | |
| TOW OPERATOR - CENTRAL TOWING & TRANSPORTING. | |
| 10 UNNAMED DEFENDANTS (DEFENDANTS) | |

    I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS FILED IN THIS INDEX OF FILINGS REPLY BRIEF TO DEFENDANTS RESPONSE TO IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER.

                RESPECTFULLY SUBMITTED
                /s/ William J. Whitsitt
                WILLIAM J. WHITSITT
                DATED: May 22, 2008

# (Exhibit 5B)

## CONVERSATION WITH SARGENT GEORGE LYTLE - MARCH 24TH, 2008.

This is Conversation between George Lytle and myself which I wrote down.

Here is the Excerpts from the Conversation: **March 24th, 2008 at or about 2:12 PM:**

He further stated: I Refuse to give you any other Information about your Vehicle, Towing and otherwise." You can sue if you like but that will not go anywhere. "I have been sued before."
Me: I then stated that: "I Unemployed again and this will become a Forfeiture because of Cost and Fees in excess of $ 1500.00."
ME: I must Object and Protest Timely that this Seizure In Unlawful and that I am Establishing a Clearly Established Constitutional and Civil Right."
He Just Stated: "the Fourth Amendment does not Apply to a Hold under Civil Law."
Me: "I further Demanded to Sgt George "Lytle where is my Right to Forfeiture Hearing as part of Heightened Due Process Requirements under the Fourteenth Amendment.

He: Stated to me we are Not taking your Vehicle under Forfeiture we are just Holding it for (30) Days.

Me: I stated to Police Officer Sgt. Lytle that I was Stopped Clearly outside of City of Dublin and Alameda County Jurisdictional Boundaries of Authority and Police Power Jurisdiction.
He: Well we can stop you within 500 feet of Boundary.
Me: That stop took place over 3/8 miles from that Boundary. That is where the Police Put on on the Lights to Stop me. The Boundary of the City of Dublin and County of Alameda is Before Alcosta Blvd. The City of Dublin Police Services have No Business and Jurisdiction to Exercise Jurisdiction there whatsoever.
He: Refused to answer that Issue of Material Facts whatsoever.
Me: "I Demanded to know under what Authority and I Demanded to see it in writing."

"<sup>1</sup>He Just further stated Mr. Whitsitt, do we have any other business to talk about" "I have Ordered that your Vehicle be held for (30) days and if you want any information or Authority you will have seek it through Discovery." We will Hold your Vehicle for (30) Days. I do not have to offer you a Tow Hearing until After the (30) Days has passed."

This informal meeting lasted about 20 minutes.

I WILLIAM J. WHITSITT, _[signature]_ THIS THE _10_ DAY OF June 2008 DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

---

<sup>1</sup> **He:** is referring to Sargent George Lytle # 761   **Me:** Is referring to myself the Plaintiff William J. Whitsitt.