Court Original

WILLIAM J. WHITSITT
335 W. CLOVER ROAD
TRACY, CA 95376
(209) 221-1405
WHITSITTW@GMAIL.COM

IN PROPRIA PERSONA

FILED
08 JUN 11 AM 11: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT<br>(PLAINTIFF)<br><br>---------------VS---------------<br><br>Sgt. George Lytle Badge # 761<br><br>Central Towing & Transport -TOWING STORAGE CO.<br><br>COUNTY OF ALAMEDA<br><br>City of Dublin Police Services<br><br>TOW OPERATOR - CENTRAL TOWING & TRANSPORTING.<br><br>10 UNNAMED DEFENDANTS<br>(DEFENDANTS) | Case No: **C08-01802 JSW**<br><br>**RELEASE OF VEHICLE**<br>**EXHIBIT - 6**<br><br>**EXAMPLES OF DEMAND**<br>**FOR DRIVERS LICENSE**<br>**SUSPENSION HEARING**<br>**WITH 4 PROOF OF SERVICE**<br>**FOR HEARING** |

I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS AND AFFIDAVITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER.   NOTE 2 OTHER NOTICES WHERE SENT ALSO, SHOWN UPON DEMAND.

RESPECTFULLY SUBMITTED

*[signature]*
WILLIAM J. WHITSITT
DATED: May 22, 2008

---

**REPLY BRIEF TO DEFENDANTS RESPONSE TO RETURN OF PROPERTY WITHOUT TOW, STORAGE FEES**   *Page 1 of 1*

William J. Whitsitt                                             March 27, 2008
935 W. Clover Road
Tracy, CA  95376
(209) 221-1405
Whitsittw@Hotmail.com


**Department of Motor Vehicles**                    License No. **N2027407**
**Licensing Operations Divisions**
**P.O. Box 942890 Mail Station J-233**
**Sacramento, CA  94290-0001**

<u>PUBLIC SAFETY HEARINGS</u>
4700 Broadway, 2nd Floor,
Sacramento, CA  95820-1501
Phone (916) 227-2970
Fax (916) 227-2901

Attn:  **Colleen Soloman - Supervisor Public Safety License Suspension Hearings.**
Attn:  **Gilbert Rodriguez - Manager Public Safety License Suspension Hearings.**

Subject:  14th  ~~10th~~. **NOTICE AND DEMAND FOR LICENSE SUSPENSION HEARING AND OBJECTION TO DENIAL OF HEARING DEMAND.**

   Demand is made for a Suspension of Driver's License Hearing.  You gave me No Notification whatsoever and you Denied me the Right to Contest my Drive's License Suspension before it became final.  I made a Phone Call on December 20, 2005 when I first received Notification that my Driver's License was Suspended.  My License was Suspended sometime before September 1, 2005.  I received a Ticket on or about September 2, 2005.  The Policeman Seized my Driver's License.

   I waited until the end of December before I received Notice that my Driver's License was being Summarily Suspended.  I have changed addresses several times and I have sent you Notification of those Address changes along with the New address.

   To the above Named DMV Agents, I am giving you Notice and Demand for Hearing on Drivers License Suspension.  Driving is Protected Constitutional and Civil Right.  A Driver's License is a Protected Right also and it is protected by the Due Process Clause of the Fourteenth Amendment.

> A driver's license constitutes an important property interest which is protected under the state due process clause. <u>Thorne v. Department of Pub. Safety</u>, 774 P.2d 1326, 1329 (Alaska 1989)(internal citation omitted);   Fourteenth Amendment due process clause: <u>Berlinghieri v. Department of Motor Vehicles</u>, 33 Cal.3d 392, 188 Cal.Rptr. 891; 657 P.2d 383 (1983); <u>Hernandez v. Department of Motor Vehicles</u>, supra, 30 Cal.3d 70, 74;  <u>Bell v. Burson</u>, (1971) 402 U.S. 535, 539 [29 L. Ed.2d 90, 94, 91 S. Ct. 1586].

> As the court said in <u>McConville v. Alexis</u>, supra, 97 Cal. App.3d at page 600 "there can be little question but that possession of a driver's license rises to the level of a fundamental right under <u>Bixby</u> in terms of both the economic implications relating thereto and 'the importance of' the possession 'to the individual in the life situation.' (<u>Bixby</u>,

## Sending Confirm

```
Date : MAR-27-2008  THU 03:47PM
Name :
Tel. :

    Phone         : 919162272901
    Pages         : 9/9
    Start Time    : 03-27 03:42PM
    Elapsed Time  : 04'24"
    Mode          : ECM
    Result        : Ok
```

## **PROOF OF SERVICE**

NOTICE OF SERVICE BY MAIL

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 26th DAY OF MARCH 2008, DID SERVE BY FIRST CLASS MAIL POSTAGE PREPAID A TRUE AND SAID COPY OF: SUSPENSION HEARING DEMAND, TO: **PUBLIC SAFETY HEARINGS**, 4700 Broadway, 2nd Floor, Sacramento, CA 95820-1501 at 4:25PM from Tracy Main Post Office

NOTICE OF SERVICE BY FAX:

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 26th DAY OF MARCH 2007, DID SERVE BY FAX TO: **PUBLIC SAFETY HEARINGS**, 4700 Broadway, 2nd Floor, Sacramento, CA, AT: Fax (916) 227-2901, AT: 3:42PM A TRUE COPY OF: SUSPENSION HEARING DEMAND

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 26th DAY OF MARCH 2008, DO HEREBY AFFIRM AND DECLARE UNDER THE PENALTY OF LAW, THAT I DID SERVE BY FAX AND BY FIRST CLASS MAIL A TRUE COPY OF: SUSPENSION HEARING DEMAND.

I have served the DMV with now 14 Notices and Demand for Suspension Hearing why has DMV Not Responded?

_William J Whitsitt_ 3-26-08

William J. Whitsitt  
835 W. Clover Road  
Tracy, CA   95376  
(209) 221-1405  
Whitsittw@Hotmail.com

March 27, 2008

**Department of Motor Vehicles**  
**Licensing Operations Divisions**  
**P.O.  Box 942890 Mail Station J-233**  
**Sacramento, CA   94290-0001**

License No. **N2027407**

PUBLIC SAFETY HEARINGS  
4700 Broadway, 2nd Floor,  
Sacramento, CA   95820-1501  
Phone (916) 227-2970  
Fax (916) 227-2901

Attn:  **Colleen Soloman - Supervisor Public Safety License Suspension Hearings.**  
Attn:  **Gilbert Rodriguez - Manager Public Safety License Suspension Hearings.**

Subject:  14th **~~10th~~. NOTICE AND DEMAND FOR LICENSE SUSPENSION HEARING AND OBJECTION TO DENIAL OF HEARING DEMAND.**

Demand is made for a Suspension of Driver's License Hearing.  You gave me No Notification whatsoever and you Denied me the Right to Contest my Drive's License Suspension before it became final.  I made a Phone Call on December 20, 2005 when I first received Notification that my Driver's License was Suspended.  My License was Suspended sometime before September 1, 2005.  I received a Ticket on or about September 2, 2005.  The Policeman Seized my Driver's License.

I waited until the end of December before I received Notice that my Driver's License was being Summarily Suspended.  I have changed addresses several times and I have sent you Notification of those Address changes along with the New address.

To the above Named DMV Agents, I am giving you Notice and Demand for Hearing on Drivers License Suspension.  Driving is Protected Constitutional and Civil Right.  A Driver's License is a Protected Right also and it is protected by the Due Process Clause of the Fourteenth Amendment.

> A driver's license constitutes an important property interest which is protected under the state due process clause. Thorne v. Department of Pub. Safety, 774 P.2d 1326, 1329 (Alaska 1989)(internal citation omitted);   Fourteenth Amendment due process clause: Berlinghieri v. Department of Motor Vehicles, 33 Cal.3d 392, 188 Cal.Rptr. 891; 657 P.2d 383 (1983); Hernandez v. Department of Motor Vehicles, supra, 30 Cal.3d 70 , 74; Bell v. Burson, (1971) 402 U.S. 535, 539 [29 L. Ed.2d 90, 94, 91 S. Ct. 1586] .

> As the court said in McConville v. Alexis, supra, 97 Cal. App.3d at page 600 "there can be little question but that possession of a driver's license rises to the level of a fundamental right under Bixby in terms of both the economic implications relating thereto and 'the importance of' the possession 'to the individual in the life situation.' (Bixby,

supra, 4 Cal.3d 130 , 144.)

Thus, making it mandatory for the Right to a Hearing before Suspension, the Due Process clause of the Fourteenth Amendment requires Notice and Opportunity to Defend and the Right to a Full Evidentiary Hearing in front of an Administrative Law Judge. It is a Violation of Civil Rights to Deny Notice and Hearing Right. This is Violation of Administrative Procedures Act, Amendments 14 and 42 U.S.C.A. Section 1983. Another full document is being mailed to you with Case Law Precedents and Stare Decisis. This is Second Notice and Demand for Due Process Hearing on Suspension of Driver's License. My Right to sue under Section 1983 is self evident. Let Notice be taken here, that Eleventh Amendment Immunity is Not a bar against me filing suit against an Individual in his personal capacity. Let further Notice be taken here, that, it would not be a suit against the D.M.V. but Individually Name Defendants which are not protected by Sovereign Immunity. This is Not Threats or Duress, this is a Notice of Warning and Demand for Constitutional and Civil Rights.

To Colleen Soloman and Gilbert Rodriguez, I must OBJECT to Denial of my Right to a Hearing on Driver's License Suspension, and Notice and Opportunity to Defend prior to Suspension. See:

Thome v. Department of Pub. Safety, 774 P.2d 1326, 1329 (Alaska 1989)(internal citation omitted); Fourteenth Amendment due process clause: Berlinghieri v. Department of Motor Vehicles, 33 Cal.3d 392, 188 Cal.Rptr. 891; 657 P.2d 383 (1983); Hernandez v. Department of Motor Vehicles, supra, 30 Cal.3d 70 , 74; Bell v. Burson, (1971) 402 U.S. 535, 539 [29 L. Ed.2d 90, 94, 91 S. Ct. 1586].

As the court said in McConville v. Alexis, supra, 97 Cal.App.3d at page 600 "there can be little question but that possession of a driver's license rises to the level of a fundamental right under Bixby in terms of both the economic implications relating thereto and 'the importance of' the possession 'to the individual in the life situation.' (Bixby, supra, 4 Cal.3d 130 , 144.)

Thus, Second Warning and Objection is given. A Warning and Objection is also being sent by First Class mail with more Case Law. **THIS IS THE 14ᵀᴴ SUCH NOTICE AND DEMAND FOR SUSPENSION HEARING THAT I HAVE SERVED UPON THIS DMV AGENCY WHY HAVEN'T YOU RESPONDED.!!!!!!!!!!!!!!!!!!!!!!!!!**

I WILLIAM J. WHITSITT _____, THIS THE 27 DAY OF MARCH 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS TO THE BEST OF MY KNOWLEDGE ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

RESPECTFULLY SUBMITTED

_____

*[signature]*
WILLIAM J. WHITSITT
DATED: March 27, 2008

## **PROOF OF SERVICE**

NOTICE OF SERVICE BY MAIL

I WILLIAM J. WHITSITT, *[signature]*, THIS THE 27th DAY OF MARCH 2008, DID SERVE BY FIRST CLASS MAIL POSTAGE PREPAID A TRUE AND SAID COPY OF: 10TH NOTICE AND DEMAND FOR SUSPENSION HEARING, TO: **PUBLIC SAFETY HEARINGS, 4700 Broadway, 2nd Floor, Sacramento, CA 95820-1501** at 4:25 PM from Tracy Main Post Office

NOTICE OF SERVICE BY FAX:

I WILLIAM J. WHITSITT, *[signature]*, THIS THE 27th DAY OF MARCH 2008, DID SERVE BY FAX TO: **PUBLIC SAFETY HEARINGS, 4700 Broadway, 2nd Floor, Sacramento, CA, AT: Fax (916) 227-2901**, AT: 3:37 PM   A TRUE COPY OF: 10TH NOTICE AND DEMAND FOR SUSPENSION HEARING

I WILLIAM J. WHITSITT, *[signature]*, THIS THE 27th DAY OF MARCH 2008, DO HEREBY AFFIRM AND DECLARE UNDER THE PENALTY OF LAW, THAT I DID SERVE BY FAX AND BY FIRST CLASS MAIL A TRUE COPY OF: 10TH NOTICE AND DEMAND FOR SUSPENSION HEARING.

## Sending Confirm

```
Date : MAR-27-2008  THU 03:39PM
Name :
Tel. :
```

```
Phone        : 919162272901
Pages        : 4/4
Start Time   : 03-27 03:37PM
Elapsed Time : 01'40"
Mode         : ECM
Result       : Ok
```

Label/Receipt Number: 0307 1790 0002 2812 4239
Status: Delivered

Your item was delivered at 8:30 AM on March 28, 2008 in SACRAMENTO, CA 95820.

Label/Receipt Number: 0307 1790 0002 2812 4239
Detailed Results:

Bullet  Delivered, March 28, 2008, 8:30 am, SACRAMENTO, CA 95820
Bullet  Arrival at Unit, March 28, 2008, 6:39 am, SACRAMENTO, CA 95824
Bullet  Processed, March 27, 2008, 10:59 pm, WEST SACRAMENTO, CA 95799
Bullet  Processed, March 27, 2008, 9:55 pm, STOCKTON, CA 95213
Bullet  Acceptance, March 27, 2008, 4:34 pm, TRACY, CA 95376



RESPECTFULLY SUBMITTED

*William J Whitsitt*

WILLIAM J. WHITSITT
DATED: June 6, 2006

**NOTICE AND DEMAND FOR RIGHTS, OBJECTION TO DENIAL OF HEARING RIGHTS 2nd Notice**

## NOTICE OF SERVICE BY MAIL:

THIS NOTICE WILL BE SENT VIA CERTIFIED MAIL
I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 6th DAY OF JUNE 2006, DECLARE AND AFFIRM THAT I DID SERVE, MAIL A COPY OF THIS NOTICE AND DEMAND FOR RIGHTS, OBJECTION TO DENIAL OF HEARING RIGHTS 2nd Notice, BY DEPOSITING IN MAILBOX AT TRACY MAIN POST OFFICE, ADDRESSED TO: Department of Motor Vehicles Licensing Operations Divisions P.O. Box 942890 Mail Station J-233 Sacramento, CA 94290-0001

## PROOF OF SERVICE BY MAIL

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 6th DAY OF JUNE 2006, DO HEREBY AFFIRM AND DECLARE THAT I DID SERVE VIA FIRST CLASS MAIL POSTAGE PREPAID A TRUE COPY OF: NOTICE AND DEMAND FOR RIGHTS, OBJECTION TO DENIAL OF HEARING RIGHTS 2nd Notice. TO: Department of Motor Vehicles Licensing Operations Divisions P.O. Box 942890 Mail Station J-233 Sacramento, CA 94290-0001

## PROOF OF SERVICE BY FAX

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 6th DAY JUNE 2006, DO HEREBY AFFIRM AND DECLARE THAT I DID SERVE A COPY OF: NOTICE AND DEMAND FOR RIGHTS, OBJECTION TO DENIAL OF HEARING RIGHTS 2nd Notice, BY FAX TO: (916) 227-2901 **Tracking Number is 81563193**

Fax Delivery Number: 19162272901 Fax Recipient: To: PUBLIC SAFETY HEARINGS Sent at: 06/06/2006 11:16:50 PM EST (GMT-5) Pages: 3 Duration: 92 Cost: 0.0000 US Tax - GST: 0.0000 US Tax - PST: 0.0000 US Total Cost: 0.0000 US Customer Number: 235807 Reference Number: 81563193 Billing Code: 235807

## PROOF OF SERVICE BY FAX AND MAIL:

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 6th DAY OF JUNE 2006, DO HEREBY AFFIRM AND DECLARE THAT I DID SERVE A COPY OF: NOTICE AND DEMAND FOR RIGHTS, OBJECTION TO DENIAL OF HEARING RIGHTS 2nd Notice, BY DEPOSITING IN MAILBOX AT TRACY MAIN POST OFFICE, AND BY FAXING.

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 6th DAY OF JUNE 2006, DO HEREBY DECLARE AND AFFIRM THAT ALL ABOVE FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER THE PENALTY OF LAW. Serve by Mail and Fax: NOTICE AND DEMAND FOR RIGHTS, OBJECTION TO DENIAL OF HEARING RIGHTS 2nd Notice

**LET NOTICE BE TAKEN HERE THE STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF MOTOR VEHICLES DOES NOT HAVE THE CONSTITUTIONAL AUTHORITY TO DENY A STATUTORY AND CONSTITUTIONAL RIGHT TO A SUSPENSION OF DRIVER'S LICENSE RIGHT HEARING.**

supra, 4 Cal.3d 130, 144.)

Thus, making it mandatory for the Right to a Hearing before Suspension, the Due Process clause of the Fourteenth Amendment requires Notice and Opportunity to Defend and the Right to a Full Evidentiary Hearing in front of an Administrative Law Judge. It is a Violation of Civil Rights to Deny Notice and Hearing Right. This is Violation of Administrative Procedures Act, Amendments 14 and 42 U.S.C.A. Section 1983. Another full document is being mailed to you with Case Law Precedents and Stare Decisis. This is Second Notice and Demand for Due Process Hearing on Suspension of Driver's License. My Right to sue under Section 1983 is self evident. Let Notice be taken here, that Eleventh Amendment Immunity is Not a bar against me filing suit against an Individual in his personal capacity. Let further Notice be taken here, that, it would not be a suit against the D.M.V. but Individually Name Defendants which are not protected by Sovereign Immunity. This is Not Threats or Duress, this is a Notice of Warning and Demand for Constitutional and Civil Rights.

To Colleen Soloman and Gilbert Rodriguez, I must OBJECT to Denial of my Right to a Hearing on Driver's License Suspension, and Notice and Opportunity to Defend prior to Suspension. See:

Thorne v. Department of Pub. Safety, 774 P.2d 1326, 1329 (Alaska 1989)(Internal citation omitted); Fourteenth Amendment due process clause: Berlinghieri v. Department of Motor Vehicles, 33 Cal.3d 392, 188 Cal.Rptr. 891; 657 P.2d 383 (1983); Hernandez v. Department of Motor Vehicles, supra, 30 Cal.3d 70, 74; Bell v. Burson, (1971) 402 U.S. 535, 539 [29 L. Ed.2d 90, 94, 91 S. Ct. 1586].

As the court said in McConville v. Alexis, supra, 97 Cal.App.3d at page 600 "there can be little question but that possession of a driver's license rises to the level of a fundamental right under Bixby in terms of both the economic implications relating thereto and 'the importance of' the possession 'to the individual in the life situation.' (Bixby, supra, 4 Cal.3d 130, 144.)

Thus, Second Warning and Objection is given. A Warning and Objection is also being sent by First Class mail with more Case Law.

I WILLIAM J. WHITSITT _[signature]_, THIS THE _10th_ DAY OF MARCH 2006, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS TO THE BEST OF MY KNOWLEDGE ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

RESPECTFULLY SUBMITTED

_[signature]_
WILLIAM J. WHITSITT
DATED: March 10, 2006

WILLIAM J. WHITSITT
DATED: October 19th, 2007

## **PROOF OF SERVICE**

NOTICE OF SERVICE BY MAIL

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE _19th_ DAY OF October 2007, DID SERVE BY FIRST CLASS MAIL POSTAGE PREPAID A TRUE AND SAID COPY OF: 10TH NOTICE AND DEMAND FOR SUSPENSION HEARING, TO: **PUBLIC SAFETY HEARINGS**, 4700 Broadway, 2nd Floor, Sacramento, CA 95820-1501   _4 PM W/W 10-19-07_

NOTICE OF SERVICE BY FAX:

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE _19th_ DAY OF OCTOBER 2007, DID SERVE BY FAX TO: **PUBLIC SAFETY HEARINGS**, 4700 Broadway, 2nd Floor, Sacramento, CA, AT: Fax (916) 227-2901, AT: _4 PM_ A TRUE COPY OF: 10TH NOTICE AND DEMAND FOR SUSPENSION HEARING

I WILLIAM J. WHITSITT, _William J W Whitsitt_, THIS THE _19th_ DAY OF OCTOBER 2007, DO HEREBY AFFIRM AND DECLARE UNDER THE PENALTY OF LAW, THAT I DID SERVE BY FAX AND BY FIRST CLASS MAIL A TRUE COPY OF: 10TH NOTICE AND DEMAND FOR SUSPENSION HEARING.