```
 1  WILLIAM J. WHITSITT
    335 W. CLOVER ROAD
 2  TRACY, CA 95376
    (209) 221-1405
 3  WHITSITTW@GMAIL.COM
 4
    IN PROPRIA PERSONA
 5
```

FILED Court's Original

08 JUN 11 AM 11:48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| WILLIAM J. WHITSITT<br>(PLAINTIFF)<br><br>---------------VS---------------<br><br>Sgt. George Lytle Badge # 761<br><br>Central Towing & Transport -TOWING STORAGE CO.<br><br>COUNTY OF ALAMEDA<br><br>City of Dublin Police Services<br><br>TOW OPERATOR - CENTRAL TOWING & TRANSPORTING.<br><br>10 UNNAMED DEFENDANTS<br>(DEFENDANTS) | Case No: **C08-01802 JSW**<br><br>**REPLY BRIEF TO DEFENDANTS RESPONSE TO RECONSIDERATION**<br><br>**RELEASE OF VEHICLE**<br><br>**INDEX 2 OF FILINGS** |

I WILLIAM J. WHITSITT, DO HEREBY MOVE THE COURT TO ENTER INTO EVIDENCE ALL THE EXHIBITS FILED IN THIS INDEX OF FILINGS FOR IMMEDIATE RETURN OF MY VEHICLE. I SUBMIT ALL EXHIBITS AND AFFIDAVITS AS DIRECT EVIDENCE IN THIS MATTER. LET THE COURT TAKE NOTICE THAT STEVE SWIFT, RICK LINCOLN AND MICHAEL SWIFT ALL AGREE TO TESTIFY TO FACTS CONTAINED

IN THEIR RESPECTIVE AFFIDAVITS.

<u>NO</u>              <u>DOCUMENT FILED</u>

INDEX2      INDEX FOR REPLY BRIEF TO DEFENDANTS RESPONSE TO RETURN OF DODGE .

(#A)    REPLY BRIEF TO DEFENDANTS RESPONSE TO MY MOTION FOR RECONSIDERATION...."

(# 5)   5TH DEMAND FOR TOW HEARING DOES NOT SATISFY DUE PROCESS FORFEITURE HEARING - NOTICE OF SUIT .

(#5A)   TOW HEARING FACTUAL STATEMENTS OF FACT.

(#5B)   CONVERSATION WITH GEORGE LYTLE NO 761 ON 3-24-08.

(#6))   EXAMPLES OF PROOF OF SERVICE FOR DRIVERS LICENSE SUSPENSION HEARING SERVED ON DMV.

NOTE THERE ARE (2) OTHER NOTICES THAT WHERE SENT TO NAMED DEFENDANTS RELATING TO FORFEITURE, PROBABLE CAUSE, TOW HEARING DOES NOT SATISFY DUE PROCESS, THEY WHERE NOT INCLUDED IN THIS FILING. I WILL SUBMIT THEM UPON DEMAND HOWEVER.

I AGAIN MOVE THIS COURT TO ENTER IN EVIDENCE ALL EXHIBITS FILED ON THIS INDEX.

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 16th DAY OF ~~MAY~~ June, 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW, INCLUDING NOTICE OF SERVICE BY MAIL.

RESPECTFULLY SUBMITTED

_William J Whitsitt_
WILLIAM J. WHITSITT
DATED: ~~May 22, 2008~~
June 16, 2008