IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

  v.

SGT. GEORGE LYTLE, et al.

    Defendants.

No. C 08-01802 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On June 17, 2008, Defendant County of Alameda filed a motion to dismiss, which is noticed for hearing on August 29, 2008. It is HEREBY ORDERED that Plaintiff shall file his response by no later than July 7, 2008. Defendant shall file its reply brief by no later than July 20, 2008. If either party seeks to modify this briefing schedule, they shall submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: June 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. GEORGE LYTLE et al,<br><br>        Defendant.                                    / | Case Number: CV08-01802 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: June 18, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2