UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT

       Plaintiff(s),                         No. C 08-01802 JSW

   v.                                     **CLERK'S NOTICE**

SGT. GEORGE LYTLE

       Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on August 29, 2008, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** July 25, 2008 , in this matter.   The case management statement shall be filed on or before August 22, 2008.

                                             Richard W. Wieking
                                             Clerk, United States District Court

                                             By:_____
                                             Jennifer Ottolini, Deputy Clerk
                                             Honorable Jeffrey S. White
                                             (415) 522-4173

Dated:  June 20, 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br><br>  v.<br><br>SGT. GEORGE LYTLE et al,<br><br>        Defendant. | Case Number: CV08-01802 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: June 20, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk