TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
Bruce D.M. Prescott, Esq. CSB #120980
Daphne C. Lin, Esq. CSB #193214
2201 Walnut Avenue, Suite 200
Fremont, California 94538
Telephone: (510) 790-0900
Facsimile: (510) 790-4856
E-mail: daphnelin@tatp.com

Attorneys for Specially Appearing Defendant
Central Towing & Transport, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYTLE, et al.<br><br>　　　　Defendants. | Case Number: C-08-01802-JSW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civ L.R. 3-12(b), 7-11] |

　　　　Specially appearing Defendant Central Towing & Transport, LLC (which has not been served in this action) respectfully moves the Court to relate the following cases:

　　　　1. *Whitsitt v. Lytle, et al.*, case no. C-08-01802-JSW

　　　　2. *Whitsitt v. Zedlitz, et al.*, case no. C-08-01803-EDL

　　　　3. *Whitsitt v. County of Alameda, et al.*, case no. C-08-02138-CW and

　　　　4. *Whitsitt v. Wheatfall #429, et al.*, case no. C-08-02139-BZ

on the grounds that these actions arise from plaintiff William J. Whitsitt's arrest by the Dublin Police for driving without a valid license on March 23, 2008, the resulting impoundment of Plaintiff's vehicle and the subsequent hearing regarding the impoundment.

　　　　These actions concern substantially the same parties– the County of Alameda, the Dublin

1  Police, and Central Towing & Transport, LLC (which has been named in three of the four
2  actions), the same property– Plaintiff's vehicle, the same transaction or event involving
3  Plaintiff's arrest, and in each action, plaintiff seeks damages for the alleged violations of his
4  constitutional rights as a result of the arrest and impoundment of his vehicle.
5      Further, it is likely that there will be an unduly burdensome duplication of labor and
6  expense or conflicting results if the cases are conducted before different judges. As such,
7  specially appearing defendant Central Towing & Transport, LLC respectfully requests that these
8  actions be related pursuant to Civil Local Rule 3-12.

10 Dated: July 10, 2008                    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.

                                      By: _____
                                          Bruce D. M. Prescott
                                          Daphne C. Lin
                                          Attorneys for Defendant
                                          Central Towing & Transport, LLC

---
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
2

**DECLARATION OF SERVICE**

William J. Whitsitt v. Lytle, et al.

Case Number C-08-01802-JSW

I, Carmen Ott, declare and say:

I am over the age of eighteen years and not a party to the within action. My business address is 2201 Walnut Avenue, Suite 200, Fremont, California, 94538.

On July 10, 2008, I caused to be served the following documents described as:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**William J. Whitsitt**
**335 West Clover Road**
**Tracy, California   95376**

___ (by personal service): I caused such envelope to be delivered by hand to the above address(es).

___ (by facsimile): I caused the above-referenced document(s) to be transmitted to the above-named persons at each of their respective facsimile numbers listed above, a copy of which is attached hereto.

___ (by overnight courier): I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es).

XX  (by mail): I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on July 10, 2008.

_____
Carmen Ott

---

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
3