1  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
   Bruce D.M. Prescott, Esq. CSB #120980
2  Daphne C. Lin, Esq.  CSB #193214
   2201 Walnut Avenue, Suite 200
3  Fremont, California 94538
   Telephone: (510) 790-0900
4  Facsimile: (510) 790-4856
   E-mail: daphnelin@tatp.com
5

6  Attorneys for Defendant
   Central Towing & Transport, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 WILLIAM J. WHITSITT,                )   Case Number: C-08-01802-JSW
                                        )
13                  Plaintiff,          )
                                        )   **DECLARATION OF DAPHNE C. LIN
14                                      )   IN SUPPORT OF ADMINISTRATIVE
   v.                                   )   MOTION TO RELATE CASES**
15                                      )
                                        )
16 LYTLE, et al.                        )
                                        )
17                  Defendants.         )
                                        )
18 _____  )

19     I, Daphne C. Lin, declare as follows:

20     1.     I am an attorney at law duly licensed to practice in the State of California. I am an

21 associate of Trump, Alioto, Trump, and Prescott, LLP, the attorneys of record for defendant

22 Central Towing & Transport, LLC in this action. I have personal knowledge of the facts

23 contained in this declaration and, if called as a witness, could and would competently testify

24 thereto.

25     2.     On July 1, 2008, I caused to be served by mail a stipulation to relate the four

26 actions filed by plaintiff William J. Whitsitt ("Plaintiff") to Plaintiff, and asked that he return his

27 signature to my office by July 7, 2008. A true and correct copy of my July 1 letter enclosing the

28 stipulation is attached hereto as Exhibit "A."

---

**DECLARATION OF DAPHNE C. LIN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

1

1      3.    Diane C. Graydon of the Office of the County Counsel for Alameda County, the
2  attorneys of record for defendants County of Alameda and various local government agencies
3  and officers, signed and return the stipulation. A true and correct copy of the signed stipulation
4  is attached hereto as Exhibit "B."
5      4.    However, my office has not received a signed stipulation from Plaintiff as of the
6  date of this declaration.

8      I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct.

11 Dated: July 10, 2008

12                                                   DAPHNE C. LIN

---

**DECLARATION OF DAPHNE C. LIN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

2

**DECLARATION OF SERVICE**
William J. Whitsitt v. Lytle, et al.
Case Number C-08-01802-JSW

I, Carmen Ott, declare and say:

I am over the age of eighteen years and not a party to the within action. My business address is 2201 Walnut Avenue, Suite 200, Fremont, California, 94538.

On July 10, 2008, I caused to be served the following documents described as:

DECLARATION OF DAPHNE C. LIN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**William J. Whitsitt**
**335 West Clover Road**
**Tracy, California    95376**

___   (by personal service): I caused such envelope to be delivered by hand to the above address(es).

___   (by facsimile): I caused the above-referenced document(s) to be transmitted to the above-named persons at each of their respective facsimile numbers listed above, a copy of which is attached hereto.

___   (by overnight courier): I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es).

XX   (by mail): I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on July 10, 2008.

_____
Carmen Ott

---

DECLARATION OF DAPHNE C. LIN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES

3

Please reply to:       **Fremont Office**

July 1, 2008

William J. Whitsitt
335 W. Clover Road
Tracy, California 95376

*Trump*
*Alioto*
*Trump &*
*Prescott*
ATTORNEYS LLP

    Re:    *Whitsitt v. Lytle, et al.*, case no. C-08-01802-JSW
             *Whitsitt v. Zedlitz, et al.*, case no. C-08-01803-EDL
             *Whitsitt v. Central Towing Transport, et al.*, case no. C-08-02138-CW
             *Whitsitt v. Wheatfall #429, et al.*, case no. C-08-02139-BZ

Dear Mr. Whitsitt:

       My firm represents Central Towing & Transport, LLC which has been named in three of the four lawsuits you recently filed in federal court. The Local Rules of Court require that when a party knows or learns that an action is related to one or more other actions, the party must promptly file a motion to relate the cases and attach to the motion either a stipulation between the parties agreeing to relate the cases, or a declaration why a stipulation could not be obtained. Civil L.R. 3-12, 7-11. Cases are related if they concern substantially the same parties, property, transaction or event. Civil L.R. 3-12

       As you must know, these cases should be related because they arise from your arrest and the towing of your vehicle on March 23, 2008. There would be unduly burdensome and duplicate labor and expense or conflicting results if the cases are conducted before different judges.

       As such, we request that you sign, date and return the enclosed stipulation at your earliest convenience. If your signature is not received **on or by July 7, 2008**. we will assume that you refuse to enter into a stipulation and will prepare a declaration to inform the court of the same. Thank you in advance for your cooperation and courtesy.

                                Very truly yours,

                                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.

                                DAPHNE C. LIN

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856

DCL:jh
Enclosure
cc: client

                                                 Exhibit A to Dec. of
                                                 Daphne C. Lin

1  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
   Bruce D.M. Prescott, Esq. CSB #120980
2  Daphne C. Lin, Esq. CSB #193214
   2201 Walnut Avenue, Suite 200
3  Fremont, California 94538
   Telephone: (510) 790-0900
4  Facsimile: (510) 790-4856
   E-mail: daphnelin@tatp.com
5

6  Attorneys for Defendant
   Central Towing & Transport, LLC
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 WILLIAM J. WHITSITT,                ) Case Number: C-08-01802-JSW
                                       )
13                 Plaintiff,          )
                                       )
14                                     ) **STIPULATION**
   v.                                  )
15                                     ) [Civ L.R. 7.12]
                                       )
16 LYTLE, et al.                       )
                                       )
17                 Defendants.         )
                                       )
18 _____ )

19     It is hereby stipulated between and by plaintiff William J. Whitsitt, and defendants

20 County of Alameda, City of Dublin Police, George Lytle, and Central Towing & Transport, LLC,

21 who have appeared in one of the following cases, by and through their respective attorneys of

22 record, that the following cases be related:

23     1. *Whitsitt v. Lytle, et al.*, case no. C-08-01802-JSW

24     2. *Whitsitt v. Zedlitz, et al.*, case no. C-08-01803-EDL

25     3. *Whitsitt v. County of Alameda, et al.*, case no. C-08-02138-CW and

26     4. *Whitsitt v. Wheatfall #429, et al.*, case no. C-08-02139-BZ

27     These actions arise from plaintiff William J. Whitsitt's arrest by the Dublin Police for

28 driving without a valid license on March 23, 2008, the resulting impoundment of plaintiff's

---
STIPULATION
1

vehicle and the subsequent hearing regarding the impoundment. They concern substantially the same parties, property, transaction or event and in each action, plaintiff seeks damages for the alleged violations of his constitutional rights.

Because it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges, the parties hereby stipulate to relating the actions.

Dated: July __, 2008

By: _____
William J. Whitsitt
Plaintiff in Pro Per

Dated: July __, 2008

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF ALAMEDA

By: _____
Diane Carlotta Graydon
Attorneys for Defendants County of Alameda, City of Dublin Police, George Lytle

Dated: July 1, 2008

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.

By: _____
Bruce D. M. Prescott
Daphne C. Lin
Attorneys for Defendant
Central Towing & Transport, LLC

STIPULATION
2



**OFFICE OF THE COUNTY COUNSEL**
1221 Oak Street, Suite 450, Oakland, California 94612-4296
Telephone (510) 272-6700     Facsimile (510) 272-5020

RICHARD E. WINNIE
COUNTY COUNSEL

# FACSIMILE TRANSMITTAL SHEET

DATE: July 9, 2008

FROM: Diseph Igoni, Secretary to Diane C. Graydon

TO: Daphne Lin, Esq.

FAX NO: (510) 790-4856

SUBJECT: Whitsitt v. Lytle, et al.

☐ Urgent ☐ Confidential ☐ For Your Information ☐ Please Comment
☐ Per Your Request ☐ Please Reply ☐ Please Call After Review

Hard copy to follow: ☐ Yes ☒ No     ☐ By Mail   ☐ By _____

COMMENTS:

Please find attached the Stipulation in the above-referenced matter.

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

This information contained in this FAX transmission is intended only for the personal and confidential use of the designated recipient(s) named above. This transmission may be an attorney-client communication or attorney work product, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and mail the original fax transmission to us; we will repay your expenses upon request. Thank you.

Exhibit B to Dec. of
Daphne C. Lin

```
 1  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
    Bruce D.M. Prescott, Esq. CSB #120980
 2  Daphne C. Lin, Esq. CSB #193214
    2201 Walnut Avenue, Suite 200
 3  Fremont, California 94538
    Telephone: (510) 790-0900
 4  Facsimile: (510) 790-4856
    E-mail: daphnelin@tatp.com
 5
 6  Attorneys for Defendant
    Central Towing & Transport, LLC
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. WHITSITT, | Case Number: C-08-01802-JSW |
| Plaintiff, | |
| v. | **STIPULATION** |
| | [Civ L.R. 7.12] |
| LYTLE, et al. | |
| Defendants. | |

It is hereby stipulated between and by plaintiff William J. Whitsitt, and defendants County of Alameda, City of Dublin Police, George Lytle, and Central Towing & Transport, LLC, who have appeared in one of the following cases, by and through their respective attorneys of record, that the following cases be related:

1. *Whitsitt v. Lytle, et al.*, case no. C-08-01802-JSW
2. *Whitsitt v. Zedlitz, et al.*, case no. C-08-01803-EDL
3. *Whitsitt v. County of Alameda, et al.*, case no. C-08-02138-CW and
4. *Whitsitt v. Wheatfall #429, et al.*, case no. C-08-02139-BZ

These actions arise from plaintiff William J. Whitsitt's arrest by the Dublin Police for driving without a valid license on March 23, 2008, the resulting impoundment of plaintiff's

STIPULATION
1

1  vehicle and the subsequent hearing regarding the impoundment. They concern substantially the
2  same parties, property, transaction or event and in each action, plaintiff seeks damages for the
3  alleged violations of his constitutional rights.
4    Because it appears likely that there will be an unduly burdensome duplication of labor
5  and expense or conflicting results if the cases are conducted before different judges, the parties
6  hereby stipulate to relating the actions.

Dated: July ___, 2008

By: _____
William J. Whitsitt
Plaintiff in Pro Per

Dated: July 7, 2008

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF ALAMEDA

By: _____
Diane Carlotta Graydon
Attorneys for Defendants County of Alameda, City
of Dublin Police, George Lytle

Dated: July 7, 2008

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.

By: _____
Bruce D. M. Prescott
Daphne C. Lin
Attorneys for Defendant
Central Towing & Transport, LLC

STIPULATION
2