IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | |
| Plaintiff, | No. C 08-01802 JSW |
| v. | **ORDER DENYING OBJECTION TO ORDER DENYING IN PART MOTION FOR IMMEDIATE ORDER FOR RELEASE OF VEHICLE FREE OF CHARGE OF TOWING AND STORAGE FEES OR ALTERNATIVE REMEDY RELEASING VEHICLE UNTIL MATTER OF VEHICLE IS DECIDED** |
| SGT. GEORGE LYTLE, et al. | |
| Defendants. | |

This matter comes before the Court upon consideration of Plaintiff's Objection to this Court's Order denying in part his motion for the immediate release of his vehicle. The Court construes Plaintiff's objection as a further motion for reconsideration, which Plaintiff did not seek leave to file. The Court finds no basis to reconsider its previous orders. Accordingly, the objection is DENIED.

**IT IS SO ORDERED.**

Dated: July 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

SGT. GEORGE LYTLE et al,

    Defendant.

Case Number: CV08-01802 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: July 14, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | Case Number: CV08-01802 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SGT. GEORGE LYTLE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on             , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: July 14, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3