1  RICHARD E. WINNIE [68048]
   County Counsel
2  DIANE C. GRAYDON [164095]
   Deputy County Counsel
3  Office of the County Counsel County of Alameda
   1221 Oak St., Suite 450
4  Oakland, CA 94612
   Telephone:    (510) 272-6700
5  Facsimile:    (510) 272-5020

6  Attorneys for Defendant County of Alameda

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM J. WHITSITT                 Case No.:  C08-01802 JSW

                      Plaintiff,
12
       vs.
13
    SGT. GEORGE LYTLE BADGE # 761;      **DEFENDANT COUNTY OF ALAMEDA'S**
    CENTRAL TOWING & TRANSPORT;         **DECLINATION TO PROCEED BEFORE A**
14  COUNTY OF ALAMEDA; CITY OF DUBLIN   **MAGISTRATE JUDGE AND REQUEST**
    POLICE SERVICES; TOW OPERATOR; and  **TO BE REASSIGNED TO A UNITED**
15  10 Unnamed Defendants.              **STATES DISTRICT COURT JUDGE**

16                    Defendants.

17

18

19

20           REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Declination to Proceed Before Magistrate Judge; Case # 08-01802-JSW

1

1      Defendants SGT. GEORGE LYTLE BADGE # 761; COUNTY OF ALAMEDA; and CITY

2  OF DUBLIN POLICE SERVICES, ("County Defendants") hereby decline to proceed before a

3  Magistrate Judge, and request reassignment of the case to  a United States District Judge.

4

5  DATED:   July 17, 2008

RICHARD E. WINNIE
County Counsel in and for the County of
Alameda, State of California

By _____
    DIANE C. GRAYDON
    Deputy County Counsel
    Attorneys for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE

William J. Whitsitt v. Sgt. George Lytle, et al.

Case No. C08-01802 JSW

I, Sandra Walker, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 18, 2008, I served the following document:

**DEFENDANT COUNTY OF ALAMEDA'S DECLINATION
TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST TO BE REASSIGNED TO A UNITED STATES
DISTRICT COURT JUDGE**

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

[X]     BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[]     BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[]     BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[]     BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 18, 2008.

SANDRA A. WALKER