|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

WILLIAM J. WHITSITT

      Plaintiff(s),                                No. C 08-01802 JSW

    v.                                         **CLERK'S NOTICE**

SGT. GEORGE LYTLE

      Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on October 3, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** August 29, 2008 , in this matter.   The case management statement shall be due on or before September 26, 2008.

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                          Richard W. Wieking
                                                          Clerk, United States District Court

                                                          By:_____
                                                          Jennifer Ottolini, Deputy Clerk
                                                          Honorable Jeffrey S. White
                                                          (415) 522-4173

Dated: July 23, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br><br> v.<br><br>SGT. GEORGE LYTLE et al,<br><br>        Defendant. | Case Number: CV08-01802 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: July 23, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk