IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

    v.

SGT. GEORGE LYTLE, et al.

    Defendants.

No. C 08-01802 JSW

**ORDER RESETTING HEARING SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On July 23, 2008, Defendant, County of Alameda, filed a motion to dismiss, which is noticed for hearing on Friday, September 5, 2008. The Court HEREBY ADVANCES the hearing from September 5, 2008, to August 29, 2008, when a motion to dismiss filed by a co-defendant is pending.

The parties' opposition and reply briefs shall be due in accordance with the Northern District Civil Local Rules. If any party seeks to continue the rescheduled hearing date or to modify the briefing schedule, they must submit a request to this Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: July 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. GEORGE LYTLE et al,<br><br>    Defendant. | Case Number: CV08-01802 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: July 23, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2