1  RICHARD E. WINNIE [68048]
   County Counsel
2  DIANE C. GRAYDON [164095]
   Deputy County Counsel
3  Office of the County Counsel County of Alameda
   1221 Oak St., Suite 450
4  Oakland, CA 94612
   Telephone:  (510) 272-6700
5  Facsimile:  (510) 272-5020

6  Attorneys for Defendant County of Alameda

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

| WILLIAM J. WHITSITT | Case No.: C08-01802 JSW |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT COUNTY OF ALAMEDA'S REPLY TO PLAINTIFF'S OBJECTION AND OPPOSITION TO MOTION TO DISMISS PURSUNAT TO FRCP 12(B)(6), OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE |
| SGT. GEORGE LYTLE BADGE # 761; CENTRAL TOWING & TRANSPORT; COUNTY OF ALAMEDA; CITY OF DUBLIN POLICE SERVICES; TOW OPERATOR; and 10 Unnamed Defendants. | |
| Defendants. | Date:       August 29, 2008<br>Time:       9:00 a.m.<br>Courtroom: 2<br>Judge:      Jeffrey S. White |

COMES NOW Defendants GEORGE LYTLE, CITY OF DUBLIN POLICE SERVICES, AND COUNTY OF ALAMEDA, ("County Defendants") by and through the Office of County Counsel and in accordance with the Order of this Court, hereby submits our Reply to Plaintiff WILLIAM J. WHITSITT's, OBJECTION AND OPPOSSITION TO MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6), OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT, ("Opposition.")

Plaintiff WILLIAM WHITSITT ("Plaintiff") has brought four separate lawsuits for damages he says are arising out of the same series of events, to wit that he was pulled over

*Whitsitt v. Lytle, et al.; case no.C08-01802 JSW*     1

while driving his Dodge Powerwagon ("Vehicle") by Dublin Police Services, and subsequently arrested for driving without a license. In connection with the arrest, the Vehicle was towed.

Plaintiff's voluminous and scattered nontraditional filings allege that the arrest, towing, and storage of the vehicle were wrongful under Plaintiff's implied understanding of the law. Plaintiff's Opposition is non-responsive to the legal arguments raised in County Defendants' Motion to Dismiss. Plaintiff has failed to provide a short plain statement of a claim upon which relief may be granted. FRCP, rule 8(a)(2). Instead, the 13 page Opposition brief simply restates unintelligible arguments set forth in Plaintiff's Original Complaint, to which County Defendants are unable to respond without undue prejudice. Therefore, this Court should grant our Motion to Dismiss for failure to state a claim upon which relief can be granted.

DATED: August 12, 2008

RICHARD E. WINNIE
County Counsel in and for the County of Alameda, State of California

By _____
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendants

DECLARATION OF SERVICE

<u>Whitsitt v. Lytle, et al.</u>

Case No. C08-01802 JSW

I, Diseph Igoni, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On August 13, 2008, I served the following document:

**DEFENDANT COUNTY OF ALAMEDA'S REPLY TO PLAINTIFF'S OBJECTION AND OPPOSITION TO MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6), OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE**

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

[x]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on August 13, 2008.

_____
DISEPH IGONI

Declaration of Service, Case No. C08-0182 JSW