# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                    **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 29, 2008                      **Court Reporter:** Belle Ball

**CASE NO.: C-08-1801 JSW and related matters:**

**TITLE:** William J. Whitsitt v. Sgt. George Lytle

**C- 8-1803 JSW**:

William Whitsitt v. Jean Zedlitz

**C-08-2139 JSW**:

William Whitsitt v. Wheatfall #149, et al.,

**COUNSEL FOR PLAINTIFF:**                    **COUNSEL FOR DEFENDANT:**
**Pro Se - appearing telephonically**         **Diane Graydon (Co. of Alameda)**
                                              **Daphne Lin (Central Towing)**
                                              **Jennifer Gregory - via telephone (re: C-08-2148 JSW)**

**PROCEEDINGS:**     Motions to Dismiss

**RESULTS:**     The Court heard argument from parties.

         The Court informed the parties that after the ruling on the motions to dismiss, the cases
         will be consolidated and the standing cases will be:  C-08-1802 and C-08-2139.

         The Court ordered the impounded vehicle to be preserved and maintained as evidence.

         The motions are taken under submission.
         A written ruling shall issue