IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

SGT. GEORGE LYTLE, et al.

    Defendants.

No. C 08-01802 JSW

**ORDER RE OBJECTION TO DISMISSAL OF COMPLAINT AND DISMISSAL OF DEFENDANT LYTLE WITH PREJUDICE**

        On September 23, 2008, the Court issued an Order in this case dismissing claims, with leave to amend, with the exception of claims against Defendant Sgt. George Lytle, which were dismissed with prejudice. On that same day, the Court issued an Order granting in part and denying in part motions to dismiss in case 08-2139-JSW, which is related to this matter. In its Order in case 08-2139-JSW, the Court granted Plaintiff leave to amend certain claims but dismissed other claims with prejuidce.

        On October 6, 2008, Plaintiff William Whitsitt filed a document entitled "Objection to Dismissal of Complaint and Dismissal of Defendant George Lytle With Prejudice." To the extent Plaintiff is objecting "for the possible Appellate Process that may become Necessary," (*see* Objection at 1:25-26), such formal objections are not necessary in this Court. Plaintiff should not file such documents with this Court in the future.

        To the extent Plaintiff is seeking reconsideration of the Order dismissing claims against Defendant Lytle with prejudice, the Court DENIES that request. Under local rule 7-9, a party may seek leave to file a motion for reconsideration any time before judgment. N.D. Civ. L.R. 7-

9(a). A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of judgment. N.D. Civ. L.R. 7-9(b)(1)-(3). The moving party may not reargue any written or oral argument previously asserted to the Court. *Id.*, 7-9(c). The Court has considered the arguments raised in Plaintiff's objections, but the Court finds no reason to reconsider its decision to dismiss the claims against Defendant Lytle with prejudice.

Finally, the Court notes that Plaintiff states that he would seek leave of Court to appeal that decision if the Court did not reconsider its Order. Although entry of partial judgment may be warranted at some point in the future, the Court believes it is premature at this time in light of the fact that the pleadings remain in a state of flux. Accordingly, the Court shall not entertain a motion for leave to file an interlocutory appeal until the scope of what claims, if any, will proceed is more certain.

**IT IS SO ORDERED.**

Dated: October 31, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

SGT. GEORGE LYTLE et al,

    Defendant.

Case Number: CV08-01802 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: October 31, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk