WILLIAM J. WHITSITT
335. W. Clover Road
Tracy, CA 95376
(209) 221-1405
WHITSITTW@GMAIL.COM
IN PROPRIA PERSONA

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak St., Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700
Facsimile: (510) 272-5020
Attorneys for Defendants Deputy Wheatfall,
Deputy Garth, County of Alameda, and
City of Dublin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT<br><br>      Plaintiff,<br>vs.<br><br>SGT. GEORGE LYTLE BADGE # 761;<br>CENTRAL TOWING & TRANSPORT;<br>COUNTY OF ALAMEDA; CITY OF DUBLIN<br>POLICE SERVICES; TOW OPERATOR; and<br>10 Unnamed Defendants.<br><br>      Defendants. | Case No.: C08-01802 JSW<br><br>[PROPOSED] ORDER TO CONTINUE FEBRUARY 20, 2009 CASE MANAGEMENT CONFERENCE |

By stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference is continued until March 20, 2009 at 1:30 p.m.
Defendants are HEREBY ORDERED to serve a copy of this Order on Plaintiff.

Dated: February 11, 2009

            _____
            HON. JEFFREY S. WHITE
            UNITED STATES DISTRICT JUDGE

---

*Whitsitt v. Lytle et. al.*, Case No. C08-01802 JSW - *Order to Continue February 20, 2009 Case Management Conference.*

1