United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 08-01802 JSW |
| Plaintiff, | |
| v. | **ORDER DENYING OBJECTION TO DISMISSAL** |
| SGT. GEORGE LYTLE, et al. | |
| Defendants. | |

      On February 2, 2009, this Court issued an Order granting in part and denying in part the County Defendants' motion to dismiss and granting defendant Central Towing's motion to dismiss. The Court dismissed all claims in this action *with the exception* of claims asserted against Deputy Sheriffs Garth and Wheatfall based upon an allegedly unlawful traffic stop.

      On February 9, 2009, Plaintiff filed an "Objection to Dismissal of Central Towing and Alameda County as Defendants in Amended Complaint and Due Process and Conspiracy Claim Without Leave to Amend." Plaintiff asks that the Court set aside its February 2, 2009 Order. The Court construes Plaintiff's objection as a motion for leave to file a motion for reconsideration under Northern District Local Rule 7-9. Pursuant to that rule, a party moving for leave to file a motion for reconsideration must show:

> (1) That at the time of the motion for leave, a material difference in law or fact exists from that which was presented to the Court before the entry of the interlocutory order for which reconsideration is sought. The party must also show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; *or*

      (2)   The emergence of new material facts or a change of law occurring after the time of such order; *or*

      (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

N.D. Civ. L.R. 7-9(b).  "No motion for leave to file a motion for reconsideration may repeat any oral or written argument made by the applying party in support of or in opposition to the interlocutory order which the party now seeks to have reconsidered."

      Plaintiff's objection does not present any material difference in law or facts, does not present new material facts or law.  The sole basis on which Plaintiff arguably seeks reconsideration is that under 7-9(b)(3).  However,  Plaintiff repeats arguments previously presented to and rejected by the Court in connection with his opposition to the Defendants' motions to dismiss.  The Court carefully considered the facts and legal arguments presented by Plaintiff and found them unpersuasive.  Accordingly, the Court concludes Plaintiff should not be granted leave to file a motion for reconsideration and, in addition, finds no basis on which to reconsider its February 2, 2009 Order.  Accordingly, Plaintiff's Objection is DENIED.

**IT IS SO ORDERED.**

Dated:  February 17, 2009

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

SGT. GEORGE LYTLE et al,

    Defendant.

Case Number: CV08-01802 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: February 17, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk