**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

    v.

SGT. GEORGE LYTLE, et al.

    Defendants.

No. 08-01802 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

On March 6, 2009, Plaintiff filed a Motion for Summary Judgment Failure to Answer Amended Complaint or Alternative Remedy, which is noticed for hearing on April 24, 2009.[1] Defendants' opposition to the motion shall be due on March 27, 2009. Plaintiffs' reply shall be due on April 3, 2009. If the parties seek to modify this briefing schedule, they shall submit a request demonstrating good cause for any such request. If the Court finds the matter suitable for disposition without oral argument, the Court shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: March 10, 2009

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

---

[1] On February 3, 2009, this Court issued an Order granting in part and denying in part the County Defendants' motion to dismiss. Because the Court did not set a specific deadline by which the remaining defendants were required to file an answer, a responsive pleading was due by no later than February 18, 2009. *See* Fed. R. Civ. P. 12(a)(4)(A). Pursuant to that rule, the remaining defendants were required to file a responsive pleading by no later than February 18, 2009. There is no responsive pleading on file.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. GEORGE LYTLE et al,<br><br>    Defendant._____/ | Case Number: CV08-01802 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: March 10, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk