**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. GEORGE LYTLE,<br><br>    Defendant.<br>_____/ | No. C 08-01802 JSW<br>(Consolidated with 08-1803 and 08-2139)<br><br>**ORDER OF REFERRAL** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' mutual consent, this matter is HEREBY REFERRED to Chief Magistrate Judge James Larson for all purposes.

    **IT IS SO ORDERED.**

Dated: March 20, 2009

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>v.<br><br>SGT. GEORGE LYTLE et al,<br><br>    Defendant.                    / | Case Number: CV08-01802 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: March 20, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk