United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Whitsitt, | No. C 08-1802 JL |
| Plaintiff, | |
| v. | **ORDER WITHDRAWING CASE FROM MEDIATION AND REFERRING FOR SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |
| George Lytle, et al., | |
| Defendants. _____/ | |

Plaintiff's motion to withdraw from Mediation is granted, and this case is hereby removed from the court mediation program and referred for a settlement conference before a magistrate judge. The parties will be notified of the date and time of the settlement conference by the assigned magistrate judge.

IT IS SO ORDERED.

DATED: June 3, 2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-1802\Order re ADR.wpd