WILLIAM J. WHITSITT
335 W. Clover Road
Tracy, CA 95376
(209) 221-1405
WHITSITTW@GMAIL.COM
IN PROPRIA PERSONA

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone:   (510) 272-6700
Facsimile:    (510) 272-5020

Attorneys for Defendants DEPUTY WHEATFALL AND DEPUTY GARTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT<br><br>                    Plaintiff,<br><br>vs.<br><br>SGT. GEORGE LYTLE BADGE # 761;<br>CENTRAL TOWING & TRANSPORT;<br>COUNTY OF ALAMEDA; CITY OF DUBLIN<br>POLICE SERVICES; TOW OPERATOR; and<br>10 Unnamed Defendants.<br><br>                    Defendants. | Case No. 08-cv-01802-JL<br><br>[~~PROPOSED~~] ORDER TO CONTINUE JULY 8, 2009 CASE MANAGEMENT CONFERENCE |

By stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference is continued until Wednesday, July 29, 2009 at 10:30 a.m.

Dated: July 8, 2009

_____
HON. JAMES LARSON
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

*Whitsitt v. Lytle et. al.., Case No. 08-cv-01802- JL  - Order to Continue July 8, 2009 Case Management Conference.*