WILLIAM J. WHITSITT
335 W. Clover Road
Tracy, CA 95376
(209) 229-8920
WHITSITTW@GMAIL.COM
IN PROPRIA PERSONA

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone:   (510) 272-6700
Facsimile:    (510) 272-5020

Attorneys for Defendants WHEATFALL AND GARTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT<br><br>                    Plaintiff,<br>vs.<br><br>SGT. GEORGE LYTLE BADGE # 761;<br>CENTRAL TOWING & TRANSPORT;<br>COUNTY OF ALAMEDA; CITY OF DUBLIN<br>POLICE SERVICES; TOW OPERATOR; and<br>10 Unnamed Defendants.<br><br>                    Defendants. | Case No. 08-cv-01802-JL<br><br>**[PROPOSED]** **ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS PROPOSED AMENDMENT TO COMPLAINT** |

By stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Defendants' time to respond to Plaintiff's proposed amendment to his complaint is extended to Friday, September 4, 2009.

Dated: September 8, 2009

_____
HON. JAMES LARSON
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

Order to Extend Time for County Defendants to Respond to Plaintiff's Proposed Amendment to Complaint – *Whitsitt v. Lytle et. al.,* Case No. 08-cv-01802-JL