WILLIAM J. WHITSITT
335 W. Clover Road
Tracy, CA 95376
(209) 229-8920
WHITSITTW@GMAIL.COM
IN PROPRIA PERSONA

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700
Facsimile: (510) 272-5020

Attorneys for Defendants Wheatfall and Garth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT<br><br>    Plaintiff,<br> vs.<br><br>SGT. GEORGE LYTLE BADGE # 761;<br>CENTRAL TOWING & TRANSPORT;<br>COUNTY OF ALAMEDA; CITY OF DUBLIN<br>POLICE SERVICES; TOW OPERATOR; and<br>10 Unnamed Defendants.<br><br>    Defendants. | Case No. 08-cv-01802-JL<br><br>**[PROPOSED]** ORDER TO EXTEND TIME FOR COUNTY DEFENDANTS TO FILE A MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION |

  By stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that County Defendants' time to file a Motion for Summary Judgment/Summary Adjudication is extended to Thursday, September 17, 2009.

Dated: September 16, 2009

_____
HON. JAMES LARSON
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[Proposed] Order to Extend Time for County Defendants to File a Motion for Summary Judgment/Summary Adjudication – *Whitsitt v. Lytle et. al.,* Case No. 08-cv-01802-JL