WILLIAM J. WHITSITT
335 W. Clover Road
Tracy, CA 95376
(209) 229-8920
WHITSITTW@GMAIL.COM
IN PROPRIA PERSONA

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone:  (510) 272-6700
Facsimile:  (510) 272-5020

Attorneys for Defendants Wheatfall and Garth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br>vs.<br><br>SGT. GEORGE LYTLE BADGE # 761;<br>CENTRAL TOWING & TRANSPORT;<br>COUNTY OF ALAMEDA; CITY OF DUBLIN<br>POLICE SERVICES; TOW OPERATOR; and<br>10 Unnamed Defendants.<br><br>        Defendants. | Case No. 08-cv-01802-JL<br><br>[PROPOSED] ORDER TO VACATING<br>OCTOBER 26, 2009 TRIAL DATE |

By stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the October 26, 2009 trial date in the above-captioned case is VACATED.

Further case management conference is set for October 21, 2009 at 10:30 a.m., following hearing on motion for summary judgment.

Dated: October 14, 2009

_____
HON. JAMES LARSON
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order to Vacating October 26, 2009 Trial Date – *Whitsitt v. Lytle et. al.,* Case No. 08-cv-01802-JL
1