**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE LYTLE, et al.,<br><br>    Defendants.<br>_____/<br><br>WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL TOWING TRANSPORT, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-01802 JL<br>No. C 08-02138 JSW<br><br>**AMENDED ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

On April 30, 2013, Plaintiff, William Whitsitt ("Mr. Whitsitt") filed a combined motion for relief from the judgments in each of these cases, each of which has been affirmed by the United States Court of Appeals for the Ninth Circuit.[1] The Court has considered Mr. Whitsitt's motion, relevant legal authority, the record in the cases, and it finds the motion suitable for disposition without oral argument.[2]

---

[1] Case No. 08-01802-JL was reassigned to Judge Larson by consent. The motion for relief from judgment came to the undersigned as General Duty Judge.

[2] Mr. Whitsitt's motion, to the extent it was filed in *Whitsitt v. Central Towing*, 08-CV-2138-JSW, exceeds this Court's page limits and, thus, is procedurally improper. (*See* Civil Standing Order ¶ 7.) Although Mr. Whitsitt is proceeding *pro se*, he is expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and this Court's standing

The Court VACATES the hearing scheduled for June 14, 2013, and it DENIES the motion for the reasons set forth in this AMENDED Order.[3] Mr. Whitsitt moves for relief from judgment under Rule 60(b). Pursuant to Rule 60(b), the Court may grant relief from judgment for:

> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Mr. Whitsitt moves to vacate the judgments in each of these cases on the basis an underlying state case was resolved in his favor. (*See generally* Motion for Relief from Judgment and Ex. D-1.) According to this document, the case was dismissed for lack of prosecution because the officer failed to appear. The Court concludes that, setting aside the issue of whether Mr. Whitsitt's motion is timely, he has not presented a basis for this Court to re-open these cases in light of the Ninth Circuit's opinions.

Therefore, the Court DENIES Mr. Whitsitt's motion to vacate the judgments.

**IT IS SO ORDERED.**

Dated: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

orders. *See, e.g., Ghazali v. Moran*, 46 F.3d, 52, 54 (9th Cir. 1995) (noting that *pro se* litgants are bound by the rules of procedure), *cert denied*, 516 U.S. 838 (1995); Civil L.R. 3-9(a). The Court shall consider the merits of the motion, notwithstanding this procedural defect, but if Mr. Whitsitt fails to comply with this requirement in the future, the Court shall strike an offending brief.

[3] The Court issues this amended order, because the Order was sent to an old address for Mr. Whitsitt.

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WHITSITT et al,

    Plaintiff,

v.

CENTRAL TOWING TRANSPORT et al,

    Defendant.
                                               /

Case Number: CV08-02138 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
39 Gateway Ct
#D14
Stockton, CA 95207

Dated: May 8, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk